# EXHIBIT 1

## to Defendant Dewayne Lee Smith's Sentencing Memorandum

# Research Plan

Cells chosen for assays: H2172 human non-small cell carcinoma line
MRC-9 human immortalized normal lung line

Assay Plans: Culture small volumes of cells for 90-120 days treating every three days with nothing (Untreated), sterile water (Mock) or BX catalyst.

Monitor and photograph cells to identify any morphological changes in cells or growth patterns, including cell death due to toxicity.

Upon verification of changes in growth or morphology, scale up cell culture into large flasks for downstream harvest of RNA for RT-PCR assays of interest.

Harvest cells at identified days post start of treatment for RNA extraction. Extract and purify RNA. Proceed with RNA quantitation and reverse trans-cription, then PCR.

Analyze PRC results to determine effect of treatment on cell lines. Determine next step in research plans: additional PCR assays to identify additional/ alternate pathways impacted by treatment; Culture cells for treatment and protein isolation and mass spectrometry; etc.

**Preliminary 2 week microscope study to determine version of BX catalyst to proceed with.**
**Catalytic BX-100 was chosen in conference with Dr. Smith**



Catalytic treated MRC-9 w/wash @ 40X



Mock treated MRC-9 w/wash @ 40X



NonCatalytic treated MRC-9 w/wash @ 40X



Untreated MRC-9 w/wash @ 40X



Catalytic treated H2172 w/wash @ 40X



Mock treated H2172 w/wash @ 40X



NonCatalytic treated H2172 w/wash @ 40X



Untreated H2172 w/wash @ 40X



MRC-9 Normal Cells untreated at day 21, 10X



MRC-9 Normal Cells mock treated at day 21, 10X



MRC-9 Normal Cells BX treated at day 21, 10X



H2172 Non-small cell carcinoma
Cells untreated at day 21, 10X



H2172 Non-small cell carcinoma
Cells mock treated at day 21, 10X



H2172 Non-small cell carcinoma
Cells BX treated at day 21, 10X



MRC-9 Normal Cells untreated at day 45, 10X



MRC-9 Normal Cells mock treated at day 45, 10X



MRC-9 Normal Cells BX treated at day 45, 10X



H2172 Non-small cell carcinoma
Cells untreated at day 45, 10X



H2172 Non-small cell carcinoma
Cells mock treated at day 45, 10X



H2172 Non-small cell carcinoma
Cells BX treated at day 45, 10X



MRC-9 Normal Cells untreated at day 72
10X



MRC-9 Normal Cells mock treated at day 72
10X



MRC-9 Normal Cells BX treated at day 72
10X



H2172 Non-small cell carcinoma
Cells untreated at day 72, 10X



H2172 Non-small cell carcinoma
Cells mock treated at day 72, 10X



H2172 Non-small cell carcinoma
Cells BX treated at day 72, 10X



MRC-9 Normal Cells untreated at day 72
40X (undergoing active replication)



MRC-9 Normal Cells mock treated at day 72
40X



MRC-9 Normal Cells BX treated at day 72
40X



H2172 Non-small cell carcinoma
Cells untreated at day 72, 40X



H2172 Non-small cell carcinoma
Cells mock treated at day 72, 40X



H2172 Non-small cell carcinoma
Cells BX treated at day 72, 40X



MRC-9 Normal Cells untreated at day 90
10X



MRC-9 Normal Cells mock treated at day 90
10X



MRC-9 Normal Cells BX treated at day 90
10X



H2172 Non-small cell carcinoma
Cells untreated at day 90, 10X



H2172 Non-small cell carcinoma
Cells mock treated at day 90, 10X



H2172 Non-small cell carcinoma
Cells BX treated at day 90, 10X



MRC-9 Normal Cells untreated at day 90
40X



MRC-9 Normal Cells mock treated at day 90
40X



MRC-9 Normal Cells BX treated at day 90
40X



H2172 Non-small cell carcinoma
Cells untreated at day 90, 40X



H2172 Non-small cell carcinoma
Cells mock treated at day 90, 40X



H2172 Non-small cell carcinoma
Cells BX treated at day 90, 40X

# Results and Conclusions

It is clear that under culture conditions no identifiable cellular morphological changes are visible. It is also evident that cellular reproduction is significantly slowed in response to the BX catalyst treatment compared to sterile water (Mock) treatment or untreated cultures grown in parallel, since there is no evident overwhelming increase in cellular death, yet the cultures hold lower volumes of cells as evidenced by reduced 3-dimensional growth in BX treated flasks and wells at later time points. It is also clear that the normal cells (MRC-9) are impacted in a similar way by BX and Mock treatments in our experiments compared to the cancer cells (H2172). Of note, the BX-100 treated H2172 cells appear at 40X magnification to have a slightly darker lipid layer which may impact cell-cell adhesion. This dark lipid layer is less noticeable in the MRC-9 cells treated with BX-100.

Key for QPCR arrays:

Unt = untreated samples
Mock = samples treated with sterile water in equal volumes
BX = samples treated with agreed upon volume of BX-100

D21 = samples harvested on day 21 post initiation of treatment
D120 = samples harvested on day 120 post initiation of treatment

MRC-9 or H2172 identifies the cell type used.

PAHS-008Y = Qiagen PCR array plate chosen for initial study, $RT^2$ Profiler™ PCR Array Human Mitochondrial Energy Metabolism Pathway Plus

# Gene List for RT² Profiler™ PCR Array Human Mitochondrial Energy Metabolism Pathway Plus:

## Complex I (NADH-Coenzyme Q Reductase)

NDUFA1, NDUFA10, NDUFA11, NDUFA2, NDUFA3, NDUFA4, NDUFA5, NDUFA6, NDUFA8, NDUFAB1, NDUFB10, NDUFB2, NDUFB3, NDUFB4, NDUFB5, NDUFB6, NDUFB7, NDUFB8, NDUFB9, NDUFC1, NDUFC2, NDUFS1, NDUFS2, NDUFS3, NDUFS4, NDUFS5, NDUFS6, NDUFS7, NDUFS8, NDUFV1, NDUFV2, NDUFV3.

## Complex II (Succinate-Coenzyme Q Reductase)

SDHA, SDHB, SDHC, SDHD.

## Complex III (Coenzyme Q-Cytochrome c Reductase)

CYC1, UQCR11, UQCRC1, UQCRC2, UQCRFS1, UQCRH, UQCRQ.

## Complex IV (Cytochrome c Oxidase)

COX4I1, COX5A, COX5B, COX6A1, COX6A2, COX6B1, COX6C, COX7A2, COX7A2L, COX7B, COX8A.

## Complex V (ATP Synthase)

ATP5A1, ATP5B, ATP5C1, ATP5F1, ATP5G1, ATP5G2, ATP5G3, ATP5H, ATP5I, ATP5J, ATP5J2, ATP5L, ATP5O, PPA1.

## Pathway Activity Signature Genes

ARRDC3, ASB1, CYB561D1, DNAJB1, EDN1, GADD45B, HSPA1A (HSP70-1A), HSPA1B, LRP5L, RNU11, SLC25A25.

# RT-PCR data after analysis from H2172 cells Day 21 either Untreated or Mock treated

| Genes Over-Expressed in Group 1 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A01 | ATP5A1 | 2.969 | | PPH02335A |
| A03 | ATP5C1 | 2.8089 | | PPH12974A |
| A04 | ATP5F1 | 3.3636 | | PPH10213A |
| A05 | ATP5G1 | 3.2266 | | PPH10199A |
| A07 | ATP5G3 | 3.9724 | | PPH06999B |
| A08 | ATP5H | 3.4822 | | PPH12984A |
| A09 | ATP5I | 4.2575 | | PPH10323A |
| A10 | ATP5J | 2.7321 | | PPH60000A |
| B01 | ATP5O | 4.2281 | | PPH19444A |
| B02 | COX4I1 | 2.8481 | | PPH20181A |
| B03 | COX5A | 2.8089 | | PPH19106C |
| B04 | COX5B | 2.6574 | | PPH07071A |
| B07 | COX6B1 | 2.1287 | | PPH20073D |
| B09 | COX7A2 | 3.249 | | PPH09818B |
| B11 | COX7B | 3.5801 | | PPH20080A |
| C05 | NDUFA2 | 2.639 | | PPH60110A |
| C06 | NDUFA3 | 2.1287 | | PPH14220F |
| C07 | NDUFA4 | 2.395 | | PPH09398A |
| C09 | NDUFA6 | 3.2043 | | PPH15585B |
| C10 | NDUFA8 | 2.0705 | | PPH08929A |
| C11 | NDUFAB1 | 2.3134 | | PPH07347A |
| D01 | NDUFB2 | 2.8481 | | PPH08737A |
| D02 | NDUFB3 | 4.9933 | | PPH11130A |
| D03 | NDUFB4 | 2.1435 | | PPH14669A |
| D04 | NDUFB5 | 2.2501 | | PPH08215A |
| D05 | NDUFB6 | 4.1411 | | PPH11124A |
| D06 | NDUFB7 | 2.1435 | | PPH20190B |
| D07 | NDUFB8 | 3.0738 | | PPH14222C |
| D08 | NDUFB9 | 2.2658 | | PPH08062A |
| D09 | NDUFC1 | 2.7511 | | PPH10307A |
| E02 | NDUFS4 | 3.6553 | | PPH07759E |
| E03 | NDUFS5 | 4.2871 | | PPH19479A |
| E04 | NDUFS6 | 4.2871 | | PPH19394B |
| E06 | NDUFS8 | 2.6945 | | PPH10450A |
| E08 | NDUFV2 | 2.2346 | | PPH09431A |
| E09 | NDUFV3 | 5.0982 | | PPH14248B |
| E10 | PPA1 | 3.4343 | | PPH18607A |
| E12 | SDHB | 2.2815 | | PPH06977A |
| F02 | SDHD | 7.0128 | | PPH17790A |
| F05 | UQCRC2 | 2.0994 | | PPH13592A |
| F07 | UQCRH | 2.9079 | | PPH16023B |
| F08 | UQCRQ | 2.2974 | | PPH12617B |
| F10 | ASB1 | 2.6027 | | PPH23303C |
| G02 | GADD45B | 2.8679 | | PPH00149F |
| G03 | HSPA1A | 5.9381 | | PPH01193B |
| G08 | MitoH2_14573 | 5.1694 | | |
| G10 | MitoH2_5726 | 2.5847 | | |
| H05 | RPLP0 | 2.4623 | | PPH21138F |

| | |
|---|---|
| **PCR Array Catalog:** | **PAHS-008Y** |
| **Test Group:** | **Group 1** |
| **Control Group:** | **Control Group** |
| **Fold Difference:** | **2** |
| **Arrays included in Test Group:** | **H2172 Mock D21** |
| **Arrays included in Control Group:** | **H2172 Unt D21** |

| Genes Under-Expressed in Group 1 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| B08 | COX6C | -3.1602 | A | PPH17584D |
| G05 | LRP5L | -2.395 | | PPH15486A |
| G11 | RNU11 | -2.8879 | | |

**A**: This gene's average threshold cycle is relatively high (> 30) in either the control or the test sample, and is reasonably low in the other sample (< 30).
These data mean that the gene's expression is relatively low in one sample and reasonably detected in the other sample suggesting that the actual fold-change value is at least as large as the calculated and reported fold-change result.
This fold-change result may also have greater variations if p value > 0.05; therefore, it is important to have a sufficient number of biological replicates to validate the result for this gene.

**Fold Change & Fold Regulation:**
Fold-Change (2^(- Delta Delta Ct)) is the normalized gene expression (2^(- Delta Ct)) in the Test Sample divided the normalized gene expression (2^(- Delta Ct)) in the Control Sample.
Fold-Regulation represents fold-change results in a biologically meaningful way. Fold-change values greater than one indicate a positive- or an up-regulation, and the fold-regulation is equal to the fold-change.
Fold-change values less than one indicate a negative or down-regulation, and the fold-regulation is the negative inverse of the fold-change.

# RT-PCR data after analysis from H2172 cells Day 21 either Untreated or BX treated

| Genes Over-Expressed in Group 2 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A01 | ATP5A1 | 4.5315 | | PPH02335A |
| A02 | ATP5B | 4.2281 | | PPH19254A |
| A03 | ATP5C1 | 6.105 | | PPH12974A |
| A04 | ATP5F1 | 5.7358 | | PPH10213A |
| A05 | ATP5G1 | 5.9794 | | PPH10199A |
| A06 | ATP5G2 | 27.0958 | A | PPH10413B |
| A07 | ATP5G3 | 6.7272 | | PPH06999B |
| A08 | ATP5H | 6.774 | | PPH12984A |
| A09 | ATP5I | 7.6741 | | PPH10323A |
| A10 | ATP5J | 5.1694 | | PPH60000A |
| A11 | ATP5J2 | 6.6346 | | PPH14768A |
| A12 | ATP5L | 15.2422 | | PPH11062B |
| B01 | ATP5O | 5.063 | | PPH19444A |
| B02 | COX4I1 | 4.5631 | | PPH20181A |
| B03 | COX5A | 5.5404 | | PPH19106C |
| B04 | COX5B | 5.0281 | | PPH07071A |
| B05 | COX6A1 | 3.8106 | | PPH13766A |
| B06 | COX6A2 | 6.6346 | | PPH15089A |
| B07 | COX6B1 | 3.8371 | | PPH20073D |
| B08 | COX6C | 18.0009 | | PPH17584D |
| B09 | COX7A2 | 6.3203 | | PPH09818B |
| B10 | COX7A2L | 2.6208 | | PPH01008A |
| B11 | COX7B | 5.1694 | | PPH20080A |
| B12 | COX8A | 3.7321 | | PPH20233A |
| C02 | NDUFA1 | 6.8211 | | PPH02585D |
| C03 | NDUFA10 | 2.8879 | | PPH14221A |
| C04 | NDUFA11 | 2.9897 | | PPH19207A |
| C05 | NDUFA2 | 5.0281 | | PPH60110A |
| C06 | NDUFA3 | 3.1821 | | PPH14220F |
| C07 | NDUFA4 | 6.4531 | | PPH09398A |
| C08 | NDUFA5 | 6.0629 | | PPH02108B |
| C09 | NDUFA6 | 5.579 | | PPH15585B |
| C10 | NDUFA8 | 4.9588 | | PPH08929A |
| C11 | NDUFAB1 | 4.5948 | | PPH07347A |
| C12 | NDUFB10 | 3.1167 | | PPH14223A |
| D01 | NDUFB2 | 5.2054 | | PPH08737A |
| D02 | NDUFB3 | 8.9383 | | PPH11130A |
| D03 | NDUFB4 | 3.5554 | | PPH14669A |
| D04 | NDUFB5 | 4.1411 | | PPH08215A |
| D05 | NDUFB6 | 4.5315 | | PPH11124A |
| D06 | NDUFB7 | 3.3404 | | PPH20190B |
| D07 | NDUFB8 | 7.3615 | | PPH14222C |
| D08 | NDUFB9 | 3.0951 | | PPH08062A |

**Test Group:** Group 2
**Control Group:** Control Group

**Fold Difference:** 2

**Arrays included in Test Group:** H2172 BX D21
**Arrays included in Control Group:** H2172 Unt D21

| Genes Over-Expressed in Group 2 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| E01 | NDUFS3 | 4.1989 | | PPH05975A |
| E02 | NDUFS4 | 6.021 | | PPH07759E |
| E03 | NDUFS5 | 5.6178 | | PPH19479A |
| E04 | NDUFS6 | 7.0128 | | PPH19394B |
| E05 | NDUFS7 | 2.1585 | | PPH14500A |
| E06 | NDUFS8 | 4.3169 | | PPH10450A |
| E08 | NDUFV2 | 3.9449 | | PPH09431A |
| E09 | NDUFV3 | 6.3203 | | PPH14248B |
| E10 | PPA1 | 5.6962 | | PPH18607A |
| E11 | SDHA | 2.0139 | | PPH20936F |
| E12 | SDHB | 4.8906 | | PPH06977A |
| F01 | SDHC | 2.4794 | | PPH20236B |
| F02 | SDHD | 5.1337 | | PPH17790A |
| F04 | UQCRC1 | 2.0139 | | PPH11441A |
| F05 | UQCRC2 | 5.1337 | | PPH13592A |
| F06 | UQCRFS1 | 3.8637 | | PPH17737A |
| F07 | UQCRH | 4.8232 | | PPH16023B |
| F08 | UQCRQ | 5.6569 | | PPH12617B |
| F09 | ARRDC3 | 2.6759 | | PPH08551A |
| F10 | ASB1 | 5.9794 | | PPH23303C |
| F11 | CYB561D1 | 4.7899 | | PPH07340A |
| G01 | EDN1 | 2.9897 | | PPH00653A |
| G02 | GADD45B | 5.3889 | | PPH00149F |
| G03 | HSPA1A | 5.8159 | | PPH01193B |
| G05 | LRP5L | 3.0314 | | PPH15486A |
| G06 | MitoH1 | 4.9246 | | |
| G07 | MitoH2_12106 | 5.0281 | | |
| G08 | MitoH2_14573 | 12.2101 | | |
| G09 | MitoH2_4162 | 4.9246 | | |
| G10 | MitoH2_5726 | 6.3203 | | |
| H02 | B2M | 3.4343 | | PPH01094E |
| H04 | HPRT1 | 5.5404 | | PPH01018C |
| H05 | RPLP0 | 3.9724 | | PPH21138F |

# H2172 Cells, Day 21 Analysis of BX vs. Mock RT-PCR Data

| Genes Over-Expressed in BX vs. Mock | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A02 | ATP5B | 2.1886 | | PPH19254A |
| A03 | ATP5C1 | 2.1735 | | PPH12974A |
| A06 | ATP5G2 | 33.5909 | A | PPH10413B |
| A11 | ATP5J2 | 4.0558 | | PPH14768A |
| A12 | ATP5L | 7.8899 | | PPH11062B |
| B05 | COX6A1 | 3.6301 | | PPH13766A |
| B06 | COX6A2 | 5.4264 | | PPH15089A |
| B08 | COX6C | 56.8859 | A | PPH17584D |
| B12 | COX8A | 2.0994 | | PPH20233A |
| C02 | NDUFA1 | 3.9449 | | PPH02585D |
| C03 | NDUFA10 | 2.0139 | | PPH14221A |
| C04 | NDUFA11 | 2.0849 | | PPH19207A |
| C07 | NDUFA4 | 2.6945 | | PPH09398A |
| C08 | NDUFA5 | 4.8568 | | PPH02108B |
| C10 | NDUFA8 | 2.395 | | PPH08929A |
| D07 | NDUFB8 | 2.395 | | PPH14222C |
| D10 | NDUFC2 | 2 | | PPH19357A |
| E01 | NDUFS3 | 2.2815 | | PPH05975A |
| E05 | NDUFS7 | 2.042 | | PPH14500A |
| E12 | SDHB | 2.1435 | | PPH06977A |
| F05 | UQCRC2 | 2.4453 | | PPH13592A |
| F06 | UQCRFS1 | 2.4794 | | PPH17737A |
| F08 | UQCRQ | 2.4623 | | PPH12617B |
| F10 | ASB1 | 2.2974 | | PPH23303C |
| F11 | CYB561D1 | 5.278 | | PPH07340A |
| G05 | LRP5L | 7.2602 | | PPH15486A |
| G06 | MitoH1 | 4.3169 | | |
| G07 | MitoH2_12106 | 2.7132 | | |
| G08 | MitoH2_14573 | 2.362 | | |
| G09 | MitoH2_4162 | 2.8089 | | |
| G10 | MitoH2_5726 | 2.4453 | | |
| G11 | RNU11 | 2.4623 | | |
| H04 | HPRT1 | 3.4105 | | PPH01018C |

Genes Down regulated by Mock treatment compared to Untreated cells, but Not BX treatment compared to Untreated cells.

Genes Upregulated by Mock treatment compared to Untreated, but not as many fold as BX treated compared to Untreated.

Genes Up or Downregulated in both MRC-9 and H2172 cells in response to BX treatment vs Mock

Genes Upregulated more in Mock treatment compared to Untreated than in response to BX treatment compared to Untreated.

Genes Upregulated in Mock treatment compared to Untreated, but not in response to BX treatment compared to Untreated

Genes Upregulated in BX treatment compared to Untreated, but not in Mock Treatment compared to Untreated

Genes Downregulated in response to BX treatment compared to Untreated, but Upregulated by Mock treatment compared to Untreated.

Genes Downregulated in response to BX treatment compared to Mock, but unaffected by either treatment compared to Untreated

**There were no under-expressed genes that met the criteria**

# RT-PCR data after analysis from MRC-9 cells Day 21 either Untreated or Mock treated

| Genes Over-Expressed in Group 1 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A02 | ATP5B | 7.6211 | | PPH19254A |
| A03 | ATP5C1 | 32.6724 | | PPH12974A |
| A04 | ATP5F1 | 8.3397 | | PPH10213A |
| A05 | ATP5G1 | 3.7842 | | PPH10199A |
| A06 | ATP5G2 | 288.015 | | PPH10413B |
| A08 | ATP5H | 196.72 | | PPH12984A |
| A10 | ATP5J | 5.4642 | | PPH60000A |
| A11 | ATP5J2 | 729.1137 | | PPH14768A |
| A12 | ATP5L | 106.1529 | | PPH11062B |
| B03 | COX5A | 250.7316 | | PPH19106C |
| B04 | COX5B | 10.9283 | | PPH07071A |
| B05 | COX6A1 | 390.7224 | | PPH13766A |
| B06 | COX6A2 | 104272.558 | A | PPH15089A |
| B07 | COX6B1 | 288.015 | | PPH20073D |
| B08 | COX6C | 86.2229 | A | PPH17584D |
| B10 | COX7A2L | 5.4642 | | PPH01008A |
| C01 | CYC1 | 5.278 | | PPH00724A |
| C05 | NDUFA2 | 11.4716 | | PPH60110A |
| C06 | NDUFA3 | 8.8152 | | PPH14220F |
| C07 | NDUFA4 | 5.7757 | | PPH09398A |
| C08 | NDUFA5 | 3956.4752 | A | PPH02108B |
| C09 | NDUFA6 | 76.1093 | | PPH15585B |
| D01 | NDUFB2 | 2.8284 | | PPH08737A |
| D03 | NDUFB4 | 2.7702 | | PPH14669A |
| D04 | NDUFB5 | 3.0951 | | PPH08215A |
| D05 | NDUFB6 | 247.2797 | | PPH11124A |
| D07 | NDUFB8 | 4.9588 | | PPH14222C |
| D09 | NDUFC1 | 14.723 | | PPH10307A |
| D10 | NDUFC2 | 617.3736 | | PPH19357A |
| D11 | NDUFS1 | 14.9285 | | PPH19871A |
| D12 | NDUFS2 | 3.0951 | | PPH13595A |
| E02 | NDUFS4 | 2.1287 | | PPH07759E |
| E04 | NDUFS6 | 2.7511 | | PPH19394B |
| E05 | NDUFS7 | 68.1197 | | PPH14500A |
| E06 | NDUFS8 | 6.4086 | | PPH10450A |
| E07 | NDUFV1 | 2.5847 | | PPH07537F |
| E09 | NDUFV3 | 18.6357 | | PPH14248B |
| E10 | PPA1 | 26.1729 | | PPH18607A |
| E11 | SDHA | 46.2057 | | PPH20936F |
| E12 | SDHB | 6.6807 | | PPH06977A |
| F01 | SDHC | 13.0864 | | PPH20236B |
| F02 | SDHD | 95.0095 | | PPH17790A |
| F03 | UQCR11 | 9.1896 | | PPH07617C |
| F06 | UQCRFS1 | 7.5162 | | PPH17737A |
| F07 | UQCRH | 3.2266 | | PPH16023B |
| F08 | UQCRQ | 2.514 | | PPH12617B |
| F09 | ARRDC3 | 544.9575 | | PPH08551A |
| F10 | ASB1 | 4 | | PPH23303C |
| F11 | CYB561D1 | 15.3482 | A | PPH07340A |
| G01 | EDN1 | 199.4661 | | PPH00653A |
| G02 | GADD45B | 1370.0378 | | PPH00149F |
| G03 | HSPA1A | 6.9644 | | PPH01193B |
| G04 | HSPA1B | 216.7668 | | PPH01216B |
| G09 | MitoH2_4162 | 7.7812 | | |
| G11 | RNU11 | 372.217 | | |
| G12 | SLC25A25 | 107204.0586 | A | PPH07341A |
| H04 | HPRT1 | 156.498 | | PPH01018C |

**PCR Array Catalog:** PAHS-008Y

**Test Group:** Group 1
**Control Group:** Control Group

**Fold Difference:** 2

**Arrays included in Test Group:** MRC9 Mock D21
**Arrays included in Control Group:** MRC9 Unt D21

| Genes Under-Expressed in Group 1 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A07 | ATP5G3 | -776.0469 | A | PPH06999B |
| A09 | ATP5I | -7.6741 | | PPH10323A |
| B01 | ATP5O | -286.0255 | A | PPH19444A |
| B02 | COX4I1 | -17.0299 | | PPH20181A |
| B09 | COX7A2 | -35.0174 | | PPH09818B |
| B11 | COX7B | -22.4711 | | PPH20080A |
| B12 | COX8A | -19.5622 | | PPH20233A |
| C02 | NDUFA1 | -9.8492 | A | PPH02585D |
| C11 | NDUFAB1 | -2.1287 | | PPH07347A |
| D02 | NDUFB3 | -2.1287 | | PPH11130A |
| D08 | NDUFB9 | -6.6346 | | PPH08062A |
| E03 | NDUFS5 | -48.1679 | | PPH19479A |
| E08 | NDUFV2 | -2.6208 | | PPH09431A |
| F04 | UQCRC1 | -3.7581 | | PPH11441A |
| F05 | UQCRC2 | -133.4356 | A | PPH13592A |
| F12 | DNAJB1 | -3.8637 | | PPH01207A |
| G05 | LRP5L | -19.6983 | A | PPH15486A |
| G06 | MitoH1 | -16.9123 | | |
| G07 | MitoH2_12106 | -232.3249 | A | |
| G08 | MitoH2_14573 | -23.7524 | | |
| G10 | MitoH2_5726 | -7.8354 | | |
| H01 | ACTB | -221.3215 | | PPH00073G |
| H02 | B2M | -120.2589 | | PPH01094E |
| H05 | RPLP0 | -4.1411 | | PPH21138F |

# RT-PCR data after analysis from MRC-9 cells Day 21 either Untreated or BX treated

**Test Group:** Group 2
**Control Group:** Control Group

**Fold Difference:** 2

**Arrays included in Test Group:** MRC9 BX D21
**Arrays included in Control Group:** MRC9 Unt D21

| Genes Over-Expressed in Group 2 vs. Control Group | | | | |
|---|---|---|---|---|
| **Position** | **Gene Symbol** | **Fold Regulation** | **Comments** | **RT2 Catalog** |
| A01 | ATP5A1 | 16 | | PPH02335A |
| A02 | ATP5B | 14.2215 | | PPH19254A |
| A03 | ATP5C1 | 14.6213 | | PPH12974A |
| A04 | ATP5F1 | 21.4068 | | PPH10213A |
| A05 | ATP5G1 | 16.3362 | | PPH10199A |
| A06 | ATP5G2 | 2.4116 | | PPH10413B |
| A07 | ATP5G3 | 11.7942 | | PPH06999B |
| A08 | ATP5H | 27.6652 | | PPH12984A |
| A09 | ATP5I | 19.9733 | | PPH10323A |
| A10 | ATP5J | 18.0009 | | PPH60000A |
| A11 | ATP5J2 | 10.1261 | | PPH14768A |
| A12 | ATP5L | 5.8563 | | PPH11062B |
| B01 | ATP5O | 10.7779 | | PPH19444A |
| B02 | COX4I1 | 15.2422 | | PPH20181A |
| B03 | COX5A | 12.2101 | | PPH19106C |
| B04 | COX5B | 12.8171 | | PPH07071A |
| B05 | COX6A1 | 8 | | PPH13766A |
| B06 | COX6A2 | 44.0173 | A | PPH15089A |
| B07 | COX6B1 | 4.2281 | | PPH20073D |
| B08 | COX6C | 12.1257 | A | PPH17584D |
| B09 | COX7A2 | 20.8215 | | PPH09818B |
| B10 | COX7A2L | 5.4642 | | PPH01008A |
| B11 | COX7B | 23.7524 | | PPH20080A |
| B12 | COX8A | 10.1261 | | PPH20233A |
| C01 | CYC1 | 2.6027 | | PPH00724A |
| C02 | NDUFA1 | 37.5307 | | PPH02585D |
| C03 | NDUFA10 | 4.5002 | | PPH14221A |
| C04 | NDUFA11 | 6.1475 | | PPH19207A |
| C05 | NDUFA2 | 15.0324 | | PPH60110A |
| C06 | NDUFA3 | 7.8354 | | PPH14220F |
| C07 | NDUFA4 | 28.0514 | | PPH09398A |
| C08 | NDUFA5 | 50.9143 | A | PPH02108B |
| C09 | NDUFA6 | 31.779 | | PPH15585B |
| C10 | NDUFA8 | 13.2691 | | PPH08929A |
| C11 | NDUFAB1 | 13.737 | | PPH07347A |
| C12 | NDUFB10 | 5.4264 | | PPH14223A |
| D01 | NDUFB2 | 7.8899 | | PPH08737A |
| D02 | NDUFB3 | 17.3878 | | PPH11130A |
| D03 | NDUFB4 | 16.5642 | | PPH14669A |
| D04 | NDUFB5 | 21.8566 | | PPH08215A |
| D05 | NDUFB6 | 12.4666 | | PPH11124A |
| D06 | NDUFB7 | 3.1602 | | PPH20190B |
| D07 | NDUFB8 | 17.7531 | | PPH14222C |
| D08 | NDUFB9 | 12.042 | | PPH08062A |
| D09 | NDUFC1 | 12.7286 | | PPH10307A |
| D10 | NDUFC2 | 4.7899 | | PPH19357A |

| Genes Over-Expressed in Group 2 vs. Control Group | | | | |
|---|---|---|---|---|
| **Position** | **Gene Symbol** | **Fold Regulation** | **Comments** | **RT2 Catalog** |
| D11 | NDUFS1 | 7.7812 | | PPH19871A |
| E01 | NDUFS3 | 6.4531 | | PPH05975A |
| E02 | NDUFS4 | 18.507 | | PPH07759E |
| E03 | NDUFS5 | 25.1067 | | PPH19479A |
| E04 | NDUFS6 | 16.6795 | | PPH19394B |
| E05 | NDUFS7 | 2.9897 | | PPH14500A |
| E06 | NDUFS8 | 11.1579 | | PPH10450A |
| E07 | NDUFV1 | 2.0139 | | PPH07537F |
| E08 | NDUFV2 | 13.3614 | | PPH09431A |
| E09 | NDUFV3 | 13.0864 | | PPH14248B |
| E10 | PPA1 | 25.4572 | | PPH18607A |
| E11 | SDHA | 3.4581 | | PPH20936F |
| E12 | SDHB | 5.7358 | | PPH06977A |
| F01 | SDHC | 11.8762 | | PPH20236B |
| F02 | SDHD | 18.8959 | | PPH17790A |
| F03 | UQCR11 | 5.2054 | | PPH07617C |
| F04 | UQCRC1 | 4.0278 | | PPH11441A |
| F05 | UQCRC2 | 14.1232 | | PPH13592A |
| F06 | UQCRFS1 | 8.9383 | | PPH17737A |
| F07 | UQCRH | 14.0257 | | PPH16023B |
| F08 | UQCRQ | 30.6965 | | PPH12617B |
| F09 | ARRDC3 | 418.7659 | | PPH08551A |
| F10 | ASB1 | 6.6807 | | PPH23303C |
| F11 | CYB561D1 | 10.4831 | A | PPH07340A |
| F12 | DNAJB1 | 2.7702 | | PPH01207A |
| G01 | EDN1 | 7.6211 | | PPH00653A |
| G02 | GADD45B | 14.1232 | | PPH00149F |
| G03 | HSPA1A | 12.3805 | | PPH01193B |
| G05 | LRP5L | 8.2821 | | PPH15486A |
| G06 | MitoH1 | 29.8571 | | |
| G07 | MitoH2_12106 | 3.4822 | | |
| G08 | MitoH2_14573 | 12.9063 | | |
| G09 | MitoH2_4162 | 6.7272 | | |
| G10 | MitoH2_5726 | 9.5137 | | |
| G11 | RNU11 | 20.1122 | | |
| G12 | SLC25A25 | 140.0696 | A | PPH07341A |
| H02 | B2M | 12.6407 | | PPH01094E |
| H04 | HPRT1 | 12.7286 | | PPH01018C |
| H05 | RPLP0 | 19.5622 | | PPH21138F |

# MRC-9 Cells, Day 21 Analysis of BX vs. Mock RT-PCR Data

- Genes Down regulated by Mock treatment compared to Untreated cells, but Not BX treatment compared to Untreated cells.
- Genes Upregulated by Mock treatment compared to Untreated, but not as many fold as BX treated compared to Untreated.
- Genes Up or Downregulated in both MRC-9 and H2172 cells in response to BX treatment vs Mock
- Genes Upregulated more in Mock treatment compared to Untreated than in response to BX treatment compared to Untreated.
- Genes Upregulated in Mock treatment compared to Untreated, but not in response to BX treatment compared to Untreated
- Genes Upregulated in BX treatment compared to Untreated, but not in Mock Treatment compared to Untreated
- Genes Downregulated in response to BX treatment compared to Untreated, but Upregulated by Mock treatment compared to Untreated.
- Genes Downregulated in response to BX treatment compared to Mock, but unaffected by either treatment compared to Untreated

| Genes Over-Expressed in | | | | |
|---|---|---|---|---|
| BX vs. Mock | | | | |
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A01 | ATP5A1 | 12.5533 | | PPH02335A |
| A04 | ATP5F1 | 2.5669 | | PPH10213A |
| A05 | ATP5G1 | 4.3169 | | PPH10199A |
| A07 | ATP5G3 | 9152.8162 | A | PPH06999B |
| A09 | ATP5I | 153.2773 | | PPH10323A |
| A10 | ATP5J | 3.2944 | | PPH60000A |
| B01 | ATP5O | 3082.7453 | A | PPH19444A |
| B02 | COX4I1 | 259.5736 | | PPH20181A |
| B09 | COX7A2 | 729.1137 | | PPH09818B |
| B11 | COX7B | 533.7425 | | PPH20080A |
| B12 | COX8A | 198.0883 | | PPH20233A |
| C02 | NDUFA1 | 369.6459 | A | PPH02585D |
| C03 | NDUFA10 | 2.3134 | | PPH14221A |
| C04 | NDUFA11 | 3.9724 | | PPH19207A |
| C07 | NDUFA4 | 4.8568 | | PPH09398A |
| C10 | NDUFA8 | 11.7942 | | PPH08929A |
| C11 | NDUFAB1 | 29.2426 | | PPH07347A |
| C12 | NDUFB10 | 3.4343 | | PPH14223A |
| D01 | NDUFB2 | 2.7895 | | PPH08737A |
| D02 | NDUFB3 | 37.014 | | PPH11130A |
| D03 | NDUFB4 | 5.9794 | | PPH14669A |
| D04 | NDUFB5 | 7.0616 | | PPH08215A |
| D06 | NDUFB7 | 3.2944 | | PPH20190B |
| D07 | NDUFB8 | 3.5801 | | PPH14222C |
| D08 | NDUFB9 | 79.8932 | | PPH08062A |
| E01 | NDUFS3 | 5.4642 | | PPH05975A |
| E02 | NDUFS4 | 8.6939 | | PPH07759E |
| E03 | NDUFS5 | 1209.3365 | | PPH19479A |
| E04 | NDUFS6 | 6.0629 | | PPH19394B |
| E08 | NDUFV2 | 35.0174 | | PPH09431A |
| F04 | UQCRC1 | 15.1369 | | PPH11441A |
| F05 | UQCRC2 | 1884.5443 | A | PPH13592A |
| F07 | UQCRH | 4.3469 | | PPH16023B |
| F08 | UQCRQ | 12.2101 | | PPH12617B |
| F12 | DNAJB1 | 10.7034 | | PPH01207A |
| G05 | LRP5L | 163.1438 | A | PPH15486A |
| G06 | MitoH1 | 504.9511 | | |
| G07 | MitoH2_12106 | 809.0023 | A | |
| G08 | MitoH2_14573 | 306.5545 | | |
| G10 | MitoH2_5726 | 74.5429 | | |
| H01 | ACTB | 342.5095 | | PPH00073G |
| H02 | B2M | 1520.1521 | | PPH01094E |
| H05 | RPLP0 | 81.0084 | | PPH21138F |

| Genes Under-Expressed in | | | | |
|---|---|---|---|---|
| BX vs. Mock | | | | |
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A03 | ATP5C1 | -2.2346 | | PPH12974A |
| A06 | ATP5G2 | -119.4282 | | PPH10413B |
| A08 | ATP5H | -7.1107 | | PPH12984A |
| A11 | ATP5J2 | -72.0037 | | PPH14768A |
| A12 | ATP5L | -18.1261 | | PPH11062B |
| B03 | COX5A | -20.5348 | | PPH19106C |
| B05 | COX6A1 | -48.8403 | | PPH13766A |
| B06 | COX6A2 | -2368.8974 | | PPH15089A |
| B07 | COX6B1 | -68.1197 | | PPH20073D |
| B08 | COX6C | -7.1107 | | PPH17584D |
| C01 | CYC1 | -2.0279 | | PPH00724A |
| C08 | NDUFA5 | -77.7085 | | PPH02108B |
| C09 | NDUFA6 | -2.395 | | PPH15585B |
| D05 | NDUFB6 | -19.8353 | | PPH11124A |
| D10 | NDUFC2 | -128.8903 | | PPH19357A |
| E05 | NDUFS7 | -22.7848 | | PPH14500A |
| E11 | SDHA | -13.3614 | | PPH20936F |
| F02 | SDHD | -5.0281 | | PPH17790A |
| G01 | EDN1 | -26.1729 | | PPH00653A |
| G02 | GADD45B | -97.0059 | | PPH00149F |
| G04 | HSPA1B | -315.173 | | PPH01216B |
| G11 | RNU11 | -18.507 | | |
| G12 | SLC25A25 | -765.3628 | | PPH07341A |
| H04 | HPRT1 | -12.295 | | PPH01018C |

# RT-PCR data after analysis from H2172 cells
# Day 120 either Untreated or Mock treated

| Genes Over-Expressed in Group 1 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A06 | ATP5G2 | 25.2813 | A | PPH10413B |
| A12 | ATP5L | 2.3457 | | PPH11062B |
| B06 | COX6A2 | 2.6945 | | PPH15089A |
| B08 | COX6C | 4.5315 | | PPH17584D |
| B10 | COX7A2L | 2.0279 | | PPH01008A |
| C01 | CYC1 | 7.9447 | | PPH00724A |
| C12 | NDUFB10 | 2.2501 | | PPH14223A |
| D12 | NDUFS2 | 3.8371 | | PPH13595A |
| E05 | NDUFS7 | 2.1585 | | PPH14500A |
| E07 | NDUFV1 | 3.5064 | | PPH07537F |
| E11 | SDHA | 2.7321 | | PPH20936F |
| F04 | UQCRC1 | 2.4623 | | PPH11441A |
| F09 | ARRDC3 | 2.5847 | | PPH08551A |
| F11 | CYB561D1 | 2.4967 | | PPH07340A |
| F12 | DNAJB1 | 2.2815 | | PPH01207A |
| G04 | HSPA1B | 19.9733 | | PPH01216B |
| G05 | LRP5L | 4.0558 | | PPH15486A |
| G06 | MitoH1 | 2.4453 | | |
| G11 | RNU11 | 2.8481 | | |
| G12 | SLC25A25 | 7.5162 | | PPH07341A |
| H01 | ACTB | 3.7842 | | PPH00073G |
| H03 | GAPDH | 4.8906 | | PPH00150F |

| Genes Under-Expressed in Group 1 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| G08 | MitoH2_14573 | -21.8566 | | |
| G09 | MitoH2_4162 | -4.1989 | | |
| G10 | MitoH2_5726 | -10.1261 | | |

| | |
|---|---|
| **PCR Array Catalog:** | **PAHS-008Y** |
| **Test Group:** | **Group 1** |
| **Control Group:** | **Control Group** |
| **Fold Difference:** | **2** |
| **Arrays included in Test Group:** | **H2172 Mock D120** |
| **Arrays included in Control Group:** | **H2172 Unt D120** |

# RT-PCR data after analysis from H2172 cells
# Day 120 either Untreated or BX treated

| Genes Over-Expressed in Group 2 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A06 | ATP5G2 | 4.3772 | A | PPH10413B |
| A11 | ATP5J2 | 2.8481 | | PPH14768A |
| B08 | COX6C | 2.8089 | | PPH17584D |
| C01 | CYC1 | 10.0561 | | PPH00724A |
| D12 | NDUFS2 | 2.4794 | | PPH13595A |
| E07 | NDUFV1 | 2.2191 | | PPH07537F |
| E08 | NDUFV2 | 27.8576 | | PPH09431A |
| F04 | UQCRC1 | 2.4284 | | PPH11441A |
| F09 | ARRDC3 | 2.7895 | | PPH08551A |
| F11 | CYB561D1 | 2.4453 | | PPH07340A |
| G04 | HSPA1B | 12.295 | | PPH01216B |
| G05 | LRP5L | 3.5064 | | PPH15486A |
| G06 | MitoH1 | 2.2038 | | |
| G11 | RNU11 | 2.969 | | |
| G12 | SLC25A25 | 5.7757 | | PPH07341A |
| H01 | ACTB | 4.2281 | | PPH00073G |
| H03 | GAPDH | 4.084 | | PPH00150F |

**PCR Array Catalog:** PAHS-008Y

**Test Group:** Group 2
**Control Group:** Control Group

**Fold Difference:** 2

**Arrays included in Test Group:** H2172 BX D120
**Arrays included in Control Group:** H2172 Unt D120

| Genes Under-Expressed in Group 2 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| G08 | MitoH2_14573 | -11.0809 | | |
| G10 | MitoH2_5726 | -6.8685 | | |

## H2172 Cells, Day 120 Analysis of BX vs. Mock RT-PCR Data



Genes Down regulated by Mock treatment compared to Untreated cells, but Not BX treatment compared to Untreated cells.

Genes Upregulated by Mock treatment compared to Untreated, but not as many fold as BX treated compared to Untreated.

Genes Up or Downregulated in both MRC-9 and H2172 cells in response to BX treatment vs Mock

Genes Upregulated more in Mock treatment compared to Untreated than in response to BX treatment compared to Untreated.

Genes Upregulated in Mock treatment compared to Untreated, but not in response to BX treatment compared to Untreated

Genes Upregulated in BX treatment compared to Untreated, but not in Mock Treatment compared to Untreated

Genes Downregulated in response to BX treatment compared to Untreated, but Upregulated by Mock treatment compared to Untreated.

Genes Downregulated in response to BX treatment compared to Mock, but unaffected by either treatment compared to Untreated

| Genes Over-Expressed in | | | | |
|---|---|---|---|---|
| BX vs. Mock | | | | |
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| E08 | NDUFV2 | 23.2636 | | PPH09431A |
| G09 | MitoH2_4162 | 2.6208 | | |

| Genes Under-Expressed in | | | | |
|---|---|---|---|---|
| BX vs. Mock | | | | |
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A06 | ATP5G2 | -5.7757 | | PPH10413B |
| B06 | COX6A2 | -2.3295 | | PPH15089A |
| B12 | COX8A | -2.4284 | | PPH20233A |

# RT-PCR data after analysis from MRC-9 cells
# Day 120 either Untreated or Mock treated

| Genes Over-Expressed in Group 1 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A01 | ATP5A1 | 3.5308 | | PPH02335A |
| A02 | ATP5B | 3.1821 | | PPH19254A |
| A06 | ATP5G2 | 3.2944 | | PPH10413B |
| A09 | ATP5I | 2 | | PPH10323A |
| A11 | ATP5J2 | 5.5022 | | PPH14768A |
| A12 | ATP5L | 4.2871 | | PPH11062B |
| B06 | COX6A2 | 3.7321 | | PPH15089A |
| B07 | COX6B1 | 2 | | PPH20073D |
| B08 | COX6C | 3.5064 | | PPH17584D |
| B09 | COX7A2 | 2.8284 | | PPH09818B |
| B11 | COX7B | 2.3295 | | PPH20080A |
| C01 | CYC1 | 2.0705 | | PPH00724A |
| C10 | NDUFA8 | 2.0139 | | PPH08929A |
| D01 | NDUFB2 | 2.4967 | | PPH08737A |
| D08 | NDUFB9 | 3.7581 | | PPH08062A |
| D09 | NDUFC1 | 2.4116 | | PPH10307A |
| E04 | NDUFS6 | 2.2501 | | PPH19394B |
| E06 | NDUFS8 | 2.3784 | | PPH10450A |
| F01 | SDHC | 2.2658 | | PPH20236B |
| F11 | CYB561D1 | 2.5491 | | PPH07340A |
| G11 | RNU11 | 2.1735 | | |
| G12 | SLC25A25 | 3.0951 | | PPH07341A |
| H01 | ACTB | 2.7895 | | PPH00073G |
| H04 | HPRT1 | 2.2501 | | PPH01018C |

| | |
|---|---|
| **PCR Array Catalog:** | **PAHS-008Y** |
| **Test Group:** | **Group 1** |
| **Control Group:** | **Control Group** |
| **Fold Difference:** | **2** |
| **Arrays included in Test Group:** | **MRC9 Mock D120** |
| **Arrays included in Control Group:** | **MRC9 Unt D120** |

**There were no under-expressed genes that met the criteria**

# RT-PCR data after analysis from MRC-9 cells
# Day 120 either Untreated or BX treated

| Genes Over-Expressed in Group 2 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| G01 | EDN1 | 2.8879 | | PPH00653A |
| G07 | MitoH2_12106 | 2.395 | | |

| Genes Under-Expressed in Group 2 vs. Control Group | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A06 | ATP5G2 | -3.3173 | | PPH10413B |

**PCR Array Catalog:** PAHS-008Y

**Test Group:** Group 2
**Control Group:** Control Group

**Fold Difference:** 2

**Arrays included in Test Group:** MRC9 BX D120
**Arrays included in Control Group:** MRC9 Unt D120

# MRC-9 Cells, Day 120 Analysis of BX vs. Mock RT-PCR Data

| Color | Legend |
|---|---|
| Light blue | Genes Down regulated by Mock treatment compared to Untreated cells, but Not BX treatment compared to Untreated cells. |
| Orange | Genes Upregulated by Mock treatment compared to Untreated, but not as many fold as BX treated compared to Untreated. |
| Yellow | Genes Up or Downregulated in both MRC-9 and H2172 cells in response to BX treatment vs Mock |
| Light green | Genes Upregulated more in Mock treatment compared to Untreated than in response to BX treatment compared to Untreated. |
| Red | Genes Upregulated in Mock treatment compared to Untreated, but not in response to BX treatment compared to Untreated |
| White | Genes Upregulated in BX treatment compared to Untreated, but not in Mock Treatment compared to Untreated |
| Gray | Genes Downregulated in response to BX treatment compared to Untreated, but Upregulated by Mock treatment compared to Untreated. |
| Pink | Genes Downregulated in response to BX treatment compared to Mock, but unaffected by either treatment compared to Untreated |

**There were no over-expressed genes that met the criteria**

| Genes Under-Expressed in | | | | |
|---|---|---|---|---|
| BX vs. Mock | | | | |
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A01 | ATP5A1 | -3.5801 | | PPH02335A |
| A02 | ATP5B | -2.3457 | | PPH19254A |
| A06 | ATP5G2 | -10.9283 | | PPH10413B |
| A11 | ATP5J2 | -3.7321 | | PPH14768A |
| A12 | ATP5L | -3.0105 | | PPH11062B |
| B06 | COX6A2 | -3.5554 | | PPH15089A |
| B08 | COX6C | -2.4794 | | PPH17584D |
| B09 | COX7A2 | -2.2501 | | PPH09818B |
| B10 | COX7A2L | -2.0994 | | PPH01008A |
| D08 | NDUFB9 | -3.5554 | | PPH08062A |
| D09 | NDUFC1 | -2.042 | | PPH10307A |
| F01 | SDHC | -2.0705 | | PPH20236B |
| F08 | UQCRQ | -2.0849 | | PPH12617B |
| F11 | CYB561D1 | -2.3295 | | PPH07340A |
| G11 | RNU11 | -2.2191 | | |
| G12 | SLC25A25 | -2.0562 | | PPH07341A |
| H02 | B2M | -2.395 | | PPH01094E |
| H04 | HPRT1 | -2.0139 | | PPH01018C |
| H05 | RPLP0 | -2.7702 | | PPH21138F |

# Comparison of Untreated samples from the two cell types using Day 21 RT-PCR data

| Genes Over-Expressed in H2172 Unt vs.MRC9 Unt | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A01 | ATP5A1 | 2.8812 | | PPH02335A |
| A02 | ATP5B | 3.0244 | | PPH19254A |
| A03 | ATP5C1 | 2.3565 | | PPH12974A |
| A04 | ATP5F1 | 3.0455 | | PPH10213A |
| A05 | ATP5G1 | 4.1892 | | PPH10199A |
| A07 | ATP5G3 | 3.7235 | | PPH06999B |
| A09 | ATP5I | 3.1969 | | PPH10323A |
| A10 | ATP5J | 3.0035 | | PPH60000A |
| B01 | ATP5O | 2.9417 | | PPH19444A |
| B02 | COX4I1 | 2.9012 | | PPH20181A |
| B03 | COX5A | 3.1095 | | PPH19106C |
| B04 | COX5B | 8.263 | | PPH07071A |
| B05 | COX6A1 | 2.1092 | | PPH13766A |
| B09 | COX7A2 | 2.7069 | | PPH09818B |
| B11 | COX7B | 5.8025 | | PPH20080A |
| C02 | NDUFA1 | 2.1987 | | PPH02585D |
| C07 | NDUFA4 | 2.0801 | | PPH09398A |
| C09 | NDUFA6 | 2.2763 | | PPH15585B |
| C10 | NDUFA8 | 2.7638 | | PPH08929A |
| C11 | NDUFAB1 | 4.6161 | | PPH07347A |
| D02 | NDUFB3 | 2.9622 | | PPH11130A |
| D03 | NDUFB4 | 3.6978 | | PPH14669A |
| D04 | NDUFB5 | 3.088 | | PPH08215A |
| D08 | NDUFB9 | 3.5718 | | PPH08062A |
| D11 | NDUFS1 | 2.783 | | PPH19871A |
| E01 | NDUFS3 | 2.9214 | | PPH05975A |
| E04 | NDUFS6 | 7.6564 | | PPH19394B |
| E06 | NDUFS8 | 3.3326 | | PPH10450A |
| E09 | NDUFV3 | 2.2763 | | PPH14248B |
| E11 | SDHA | 2.2763 | | PPH20936F |
| E12 | SDHB | 2.6512 | | PPH06977A |
| F02 | SDHD | 3.5967 | | PPH17790A |
| F05 | UQCRC2 | 3.4983 | | PPH13592A |
| F06 | UQCRFS1 | 5.5661 | | PPH17737A |
| F07 | UQCRH | 3.1529 | | PPH16023B |
| G01 | EDN1 | 5.2659 | | PPH00653A |
| G03 | HSPA1A | 5.6831 | | PPH01193B |

- Up in H2172 vs MRC9 Mock, but down in H2172 vs MRC9 Unt
- down more in H2172 vs MRC9 Mock, but present in both sets
- higher in H2172 vs MRC9 Mock, but present in both sets
- present in only this sample
- higher in H2172 vs MRC9 Mock, but present in H2172 vs MRC9 BX
- higher in H2172 vs MRC9 BX, but present in H2172 vs MRC9 Mock
- up in H2172 vs MRC9 Mock, but down in H2172 vs MRC9 BX
- up in H2172 vs MRC9 BX, but down in H2172 vs MRC9 Mock
- higher in H2172 vs MRC9 BX, but present in H2172 vs MRC9 Unt
- up in H2172 vs MRC9 BX, but down in H2172 vs MRC9 Unt

| Genes Under-Expressed in H2172 Unt vs.MRC9 Unt | | | | |
|---|---|---|---|---|
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A06 | ATP5G2 | -35.0984 | A | PPH10413B |
| B08 | COX6C | -2.3839 | | PPH17584D |
| F09 | ARRDC3 | -2.5907 | | PPH08551A |
| F12 | DNAJB1 | -2.0326 | | PPH01207A |
| G04 | HSPA1B | -2.9759 | | PPH01216B |
| G12 | SLC25A25 | -3.0175 | | PPH07341A |
| H01 | ACTB | -3.6133 | | PPH00073G |
| H03 | GAPDH | -13.5793 | | PPH00150F |

# Comparison of Mock treated samples of the two cell types using Day 21 RT-PCR data

| Genes Over-Expressed in | | | | |
|---|---|---|---|---|
| H2172 Mock vs. MRC9 Mock | | | | |
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A01 | ATP5A1 | 81.0084 | | PPH02335A |
| A02 | ATP5B | 23.2636 | | PPH19254A |
| A03 | ATP5C1 | 3.5554 | | PPH12974A |
| A04 | ATP5F1 | 29.6508 | | PPH10213A |
| A05 | ATP5G1 | 49.5221 | | PPH10199A |
| A07 | ATP5G3 | 148489.3566 | A | PPH06999B |
| A09 | ATP5I | 1770.5722 | | PPH10323A |
| A10 | ATP5J | 30.91 | | PPH60000A |
| B01 | ATP5O | 36865.9164 | A | PPH19444A |
| B02 | COX4I1 | 2164.7729 | | PPH20181A |
| B04 | COX5B | 33.1285 | | PPH07071A |
| B09 | COX7A2 | 7082.289 | | PPH09818B |
| B10 | COX7A2L | 7.5685 | | PPH01008A |
| B11 | COX7B | 6517.0349 | | PPH20080A |
| B12 | COX8A | 2418.673 | | PPH20233A |
| C01 | CYC1 | 32.6724 | | PPH00724A |
| C02 | NDUFA1 | 2486.6711 | A | PPH02585D |
| C03 | NDUFA10 | 51.9842 | | PPH14221A |
| C04 | NDUFA11 | 31.3414 | | PPH19207A |
| C05 | NDUFA2 | 7.4643 | | PPH60110A |
| C06 | NDUFA3 | 8.6939 | | PPH14220F |
| C07 | NDUFA4 | 27.8576 | | PPH09398A |
| C09 | NDUFA6 | 3.7064 | | PPH15585B |
| C10 | NDUFA8 | 141.0439 | | PPH08929A |
| C11 | NDUFAB1 | 504.9511 | | PPH07347A |
| C12 | NDUFB10 | 45.5696 | | PPH14223A |
| D01 | NDUFB2 | 45.5696 | | PPH08737A |
| D02 | NDUFB3 | 544.9575 | | PPH11130A |
| D03 | NDUFB4 | 48.1679 | | PPH14669A |
| D04 | NDUFB5 | 33.3589 | | PPH08215A |
| D06 | NDUFB7 | 70.0348 | | PPH20190B |
| D07 | NDUFB8 | 9.9866 | | PPH14222C |
| D08 | NDUFB9 | 873.0981 | | PPH08062A |
| D09 | NDUFC1 | 5.0281 | | PPH10307A |
| D11 | NDUFS1 | 15.3482 | | PPH19871A |
| D12 | NDUFS2 | 10.5561 | | PPH13595A |
| E01 | NDUFS3 | 86.2229 | | PPH05975A |
| E02 | NDUFS4 | 66.257 | | PPH07759E |
| E03 | NDUFS5 | 9877.9777 | | PPH19479A |
| E04 | NDUFS6 | 163.1438 | | PPH19394B |
| E06 | NDUFS8 | 23.4254 | | PPH10450A |
| E07 | NDUFV1 | 37.5307 | | PPH07537F |
| E08 | NDUFV2 | 276.2824 | | PPH09431A |
| E09 | NDUFV3 | 10.7779 | | PPH14248B |

| Genes Over-Expressed in | | | | |
|---|---|---|---|---|
| H2172 Mock vs. MRC9 Mock | | | | |
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| E10 | PPA1 | 4.9588 | | PPH18607A |
| E11 | SDHA | 2.9079 | | PPH20936F |
| E12 | SDHB | 22.3159 | | PPH06977A |
| F01 | SDHC | 12.042 | | PPH20236B |
| F02 | SDHD | 9.2535 | | PPH17790A |
| F03 | UQCR11 | 4.9588 | | PPH07617C |
| F04 | UQCRC1 | 146.0178 | | PPH11441A |
| F05 | UQCRC2 | 18432.9582 | A | PPH13592A |
| F06 | UQCRFS1 | 27.8576 | | PPH17737A |
| F07 | UQCRH | 46.2057 | | PPH16023B |
| F08 | UQCRQ | 41.0696 | | PPH12617B |
| F09 | ARRDC3 | 4.1989 | | PPH08551A |
| F10 | ASB1 | 25.9921 | | PPH23303C |
| F11 | CYB561D1 | 3.9449 | | PPH07340A |
| F12 | DNAJB1 | 224.4111 | | PPH01207A |
| G01 | EDN1 | 21.5557 | | PPH00653A |
| G03 | HSPA1A | 172.4459 | | PPH01193B |
| G05 | LRP5L | 298.1718 | A | PPH15486A |
| G06 | MitoH1 | 1370.0378 | | |
| G07 | MitoH2_12106 | 3281.1822 | A | |
| G08 | MitoH2_14573 | 154.3434 | | |
| G10 | MitoH2_5726 | 105.4197 | | |
| H01 | ACTB | 7538.1772 | | PPH00073G |
| H02 | B2M | 3061.4513 | | PPH01094E |
| H03 | GAPDH | 17.2677 | | PPH00150F |
| H05 | RPLP0 | 321.7954 | | PPH21138F |

| Genes Under-Expressed in | | | | |
|---|---|---|---|---|
| H2172 Mock vs. MRC9 Mock | | | | |
| Position | Gene Symbol | Fold Regulation | Comments | RT2 Catalog |
| A06 | ATP5G2 | -188.7065 | A | PPH10413B |
| A11 | ATP5J2 | -12.996 | | PPH14768A |
| B05 | COX6A1 | -3.9177 | | PPH13766A |
| B06 | COX6A2 | -162.0168 | | PPH15089A |
| B08 | COX6C | -4.5002 | A | PPH17584D |
| C08 | NDUFA5 | -18.6357 | | PPH02108B |
| D10 | NDUFC2 | -26.9087 | | PPH19357A |
| G02 | GADD45B | -4.2281 | | PPH00149F |
| G11 | RNU11 | -5.2416 | | |
| G12 | SLC25A25 | -52.3457 | | PPH07341A |

Legend:
- Up in H2172 vs MRC9 Mock, but down in H2172 vs MRC9 Unt
- down more in H2172 vs MRC9 Mock, but present in both sets
- higher in H2172 vs MRC9 Mock, but present in both sets
- present in only this sample
- higher in H2172 vs MRC9 Mock, but present in H2172 vs MRC9 BX
- higher in H2172 vs MRC9 BX, but present in H2172 vs MRC9 Mock
- up in H2172 vs MRC9 Mock, but down in H2172 vs MRC9 BX
- up in H2172 vs MRC9 BX, but down in H2172 vs MRC9 Mock
- higher in H2172 vs MRC9 BX, but present in H2172 vs MRC9 Unt
- up in H2172 vs MRC9 BX, but down in H2172 vs MRC9 Unt

# Comparison of BX treated samples of the two cell types using Day 21 RT-PCR data

| Genes Over-Expressed in | | | | |
|---|---|---|---|---|
| **H2172 BX vs. MRC9 BX** | | | | |
| **Position** | **Gene Symbol** | **Fold Regulation** | **Comments** | **RT2 Catalog** |
| A02 | ATP5B | 5.4642 | | PPH19254A |
| A03 | ATP5C1 | 3.4581 | | PPH12974A |
| A04 | ATP5F1 | 3.9449 | | PPH10213A |
| A05 | ATP5G1 | 4.2575 | | PPH10199A |
| A06 | ATP5G2 | 4.2575 | | PPH10413B |
| A07 | ATP5G3 | 5.5022 | | PPH06999B |
| A08 | ATP5H | 2.9897 | | PPH12984A |
| A09 | ATP5I | 4.1699 | | PPH10323A |
| A10 | ATP5J | 3.5554 | | PPH60000A |
| A11 | ATP5J2 | 4.5002 | | PPH14768A |
| A12 | ATP5L | 29.0406 | | PPH11062B |
| B01 | ATP5O | 2.8679 | | PPH19444A |
| B02 | COX4I1 | 2.6759 | | PPH20181A |
| B03 | COX5A | 4.9246 | | PPH19106C |
| B04 | COX5B | 10.7034 | | PPH07071A |
| B05 | COX6A1 | 9.0631 | | PPH13766A |
| B06 | COX6A2 | 15.8895 | | PPH15089A |
| B07 | COX6B1 | 13.3614 | | PPH20073D |
| B08 | COX6C | 18.0009 | | PPH17584D |
| B09 | COX7A2 | 3.7842 | | PPH09818B |
| B10 | COX7A2L | 2.5491 | | PPH01008A |
| B11 | COX7B | 3.5308 | | PPH20080A |
| B12 | COX8A | 5.1337 | | PPH20233A |
| C01 | CYC1 | 8.1681 | | PPH00724A |
| C02 | NDUFA1 | 5.3147 | | PPH02585D |
| C03 | NDUFA10 | 9.0631 | | PPH14221A |
| C04 | NDUFA11 | 3.2944 | | PPH19207A |
| C05 | NDUFA2 | 2.1735 | | PPH60110A |
| C06 | NDUFA3 | 2.9282 | | PPH14220F |
| C07 | NDUFA4 | 3.0951 | | PPH09398A |
| C08 | NDUFA5 | 4.0558 | | PPH02108B |
| C09 | NDUFA6 | 3.0951 | | PPH15585B |
| C10 | NDUFA8 | 5.7358 | | PPH08929A |
| C11 | NDUFAB1 | 6.8685 | | PPH07347A |
| C12 | NDUFB10 | 5.278 | | PPH14223A |
| D01 | NDUFB2 | 5.9794 | | PPH08737A |
| D02 | NDUFB3 | 5.278 | | PPH11130A |
| D03 | NDUFB4 | 2.6759 | | PPH14669A |
| D05 | NDUFB6 | 3.6301 | | PPH11124A |
| D06 | NDUFB7 | 6.6346 | | PPH20190B |
| D08 | NDUFB9 | 2.9897 | | PPH08062A |
| D09 | NDUFC1 | 2.1287 | | PPH10307A |
| D11 | NDUFS1 | 9.4479 | | PPH19871A |
| D12 | NDUFS2 | 3.605 | | PPH13595A |
| E01 | NDUFS3 | 7.21 | | PPH05975A |
| E02 | NDUFS4 | 2.514 | | PPH07759E |
| E03 | NDUFS5 | 2.1435 | | PPH19479A |
| E04 | NDUFS6 | 8.8152 | | PPH19394B |
| E05 | NDUFS7 | 7.4643 | | PPH14500A |

| Genes Over-Expressed in | | | | |
|---|---|---|---|---|
| **H2172 BX vs. MRC9 BX** | | | | |
| **Position** | **Gene Symbol** | **Fold Regulation** | **Comments** | **RT2 Catalog** |
| E06 | NDUFS8 | 4.3169 | | PPH10450A |
| E07 | NDUFV1 | 12.7286 | | PPH07537F |
| E08 | NDUFV2 | 2.7895 | | PPH09431A |
| E09 | NDUFV3 | 3.8106 | | PPH14248B |
| E11 | SDHA | 10.4107 | | PPH20936F |
| E12 | SDHB | 11.1579 | | PPH06977A |
| F01 | SDHC | 3.7064 | | PPH20236B |
| F02 | SDHD | 6.8211 | | PPH17790A |
| F03 | UQCR11 | 2.514 | | PPH07617C |
| F04 | UQCRC1 | 3.7581 | | PPH11441A |
| F05 | UQCRC2 | 4.7899 | | PPH13592A |
| F06 | UQCRFS1 | 11.6318 | | PPH17737A |
| F07 | UQCRH | 3.5308 | | PPH16023B |
| F09 | ARRDC3 | 2.0139 | | PPH08551A |
| F10 | ASB1 | 7.1602 | | PPH23303C |
| F11 | CYB561D1 | 6.105 | | PPH07340A |
| F12 | DNAJB1 | 5.9794 | | PPH01207A |
| G01 | EDN1 | 207.9366 | | PPH00653A |
| G02 | GADD45B | 8.6338 | | PPH00149F |
| G03 | HSPA1A | 19.0273 | | PPH01193B |
| G04 | HSPA1B | 48.8403 | | PPH01216B |
| G05 | LRP5L | 2.6574 | | PPH15486A |
| G06 | MitoH1 | 2.3457 | | |
| G07 | MitoH2_12106 | 2.2038 | | |
| G12 | SLC25A25 | 3.5801 | | PPH07341A |
| H01 | ACTB | 4.9246 | | PPH00073G |
| H03 | GAPDH | 3.4581 | | PPH00150F |
| H04 | HPRT1 | 8.3977 | | PPH01018C |

| Genes Under-Expressed in | | | | |
|---|---|---|---|---|
| **H2172 BX vs. MRC9 BX** | | | | |
| **Position** | **Gene Symbol** | **Fold Regulation** | **Comments** | **RT2 Catalog** |
| G08 | MitoH2_14573 | -4.1989 | | |

- Up in H2172 vs MRC9 Mock, but down in H2172 vs MRC9 Unt
- down more in H2172 vs MRC9 Mock, but present in both sets
- higher in H2172 vs MRC9 Mock, but present in both sets
- present in only this sample
- higher in H2172 vs MRC9 Mock, but present in H2172 vs MRC9 BX
- higher in H2172 vs MRC9 BX, but present in H2172 vs MRC9 Mock
- up in H2172 vs MRC9 Mock, but down in H2172 vs MRC9 BX
- up in H2172 vs MRC9 BX, but down in H2172 vs MRC9 Mock
- higher in H2172 vs MRC9 BX, but present in H2172 vs MRC9 Unt
- up in H2172 vs MRC9 BX, but down in H2172 vs MRC9 Unt

# Results and Conclusions

It is clear that comparison of RT-PCR data within the same cell line is more informative and likely to yield more productive information than comparing between the two cell types for the same treatment, as even the untreated samples contain a considerable number of genes whose expressions differ between the cell types. This is unsurprising considering that H2172 cells are cancerous and MRC-9 are not, although they are immortalized. In order to publish these findings additional replicates will need to be cultured, treated and harvested and analyzed using RT-PCR so that statistical analysis can be performed on the data. Interestingly, the entire pathway is not activated or deactivated by BX-100 treatment, however the expression of specific genes appear to be altered by it.

It is also evident by the minimal number of genes identified in the cells at day 120 indicates that most of the gene changes have likely already occurred by this late date in the treatment protocol. Again, in our system this is unsurprising since the cells have no way to eliminate the treatment from their environs so they are continuously exposed until the next feeding. Feedings occurred every three days.

Initial follow-up research should focus on the genes that were up regulated in H2172 cells at day 21 by BX treatment alone or over Mock treatment. Additional research could delve into reasons for strong down regulation of genes by BX in MRC-9 cells, for example ATP5C1 and ATP5G2 (positions A03 and A06 respectively). These genes are up regulated in H2172 cells in BX treated samples compared to Mock treated, but down regulated in MRC-9 cells in the same situation.

Additional research could also begin to look into other important pathways associated with cancer growth, development of blood vessels and metastasis. Suggested studies may also incorporate additional cell studies for effects of BX-100 on cells in direct contact with BX-100 ( i.e. skin and mucus membrane cells), enzyme and modification assays to determine the role of the liver in bio-availability of BX-100 after sublingual absorption, topical application or site injection.