DEWAYNE LEE SMITH
10768 s. Weiss Dr.
South Jordan, Utah 84009
(801) 512-7300
clientattorney2019@yahoo.com

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>DEWAYNE LEE SMITH<br>Defendant. | Case No. 2:22-cr-00424-C<br><br>LETTER TO THE JUDGE REGARDING GOVERNMENTS OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Magistrate Judge Cecilia M. Romero |

I, Dewayne Lee Smith, acting in my Pro Se capacity as defendant, hereby moves in opposition to the government's motion as captioned above, pursuant to the authorities stated in my previous motion to the court. [Def.'s Mot for Early Term'n]

The government's assertion that there was not a *"reasonable basis to believe the drug would help them,"* is without merit.

During several proffer meetings with the government, the defense provided the following:

1. University Studies (Utah State) that supported the efficacy of the drug (PCR, cell culture, morphology)
2. Additionally, the defense presented the government with a portion of::
   **a.** Pre-post clinical outcome data

**b.** A variety of clinical studies

**c.** Pre-post data base evidence of the efficacy of the drug

**d.** Official pre-clinical trials in India

**e.** Eighty-Five declarations, from clients ready to testify, with supporting medical documentation, regarding the effectiveness of the drug.

Regardless of the government being in possession of these material facts, they have continually insisted on clothing the misdemeanor in a veneer of felony optics. I object to this strategy.

The government also claims that while we were taking a salary, people were dying. What they fail to disclose to the court is that most of these people were on a hospice support program. The majority of these people were using conventional chemotherapy and radiation as their principle treatment. I object to the government's narrative that I was "feeding people false hope." The government has not presented any evidence to support this claim.

The government states *"lab testing suggested that there was nothing in Smith's product other than water, bacteria, and mold."* This optic is refuted by the following facts.

I commissioned an independent study at Utah State to evaluate the impact of my product on non-small cell lung cancer. An independent researcher, Patti Champine, compared my product with two different controls: an "untreated" control, and a control that treated with sterile water.

Ms. Champine had no financial interest in the outcome of the study. She had no previous connection with myself.

Ms. Champine found that my product "significantly slowed" the growth of the cancer cells and documented her findings in a written report. In that report, Ms. Champine wrote:

> "It is clear that under culture conditions no identifiable morphological changes are visible. <u>It is also evident that cellular reproduction is significantly slowed in response to the BX catalyst treatment compared to sterile water (Mock) treatment or untreated cultures grown in parallel</u>…." Utah State Study Report, page 9 (emphasis added)

Ms. Champine also utilized PCR testing to confirm that my product had a different impact on gene regulation than the sterile water "mock" treatment.

If the product was "just water in a bottle" it would not have slowed the growth of cancer cells when compared to a sterile water treatment.

Next, the government asserts that I have confused the term of "supervised release" with the term of "*probation*" and that 18 US.C. § 3564(c))) does not apply to supervised release. Instead, the government contends that 18 U.S.C. § 3553(e) is the appropriate authority, despite the fact that section 3553 makes no reference to early termination of probation or supervised release and deals principally with factors to be considered in imposing a sentence, not in terminating one.

Under 18 U.S.C. § 3564(c), a federal court may modify or terminate a term of probation, or supervised release, that has been previously imposed. For a federal misdemeanor, a term of probation can be modified or terminated at any time.

(See Administrative Office of the U.S. Courts:

https://www.uscourts.gov/sites/default/files/77_2_2_0.pdf, and https://www.ussc.gov/sites/default/files/pdf/research-and-publications/research-publications/2020/20200728_Violations.pdf)

Section 3564(c) of the United States Code confers broad discretion on the District Courts to terminate a term of supervised release. *See* 18 U.S.C. § 3564(c); *United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998) ("In sum, the statute confers broad discretion."). Pursuant to the statute, the Court, after considering the factors set forth in 18 U.S.C. § 3553(a), may terminate a term of supervised release previously ordered "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c).

The government further states that 18 U.S.C. § 3583(e)(1 ) does not authorize the Court to consider early termination of supervised release after only six months. However, this section also specifies that decisions made under this section be *"pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation."* Perhaps this is why in *United States v. Jeanes, the court concluded that* Section 3564 confers broad discretion, as noted.

Moreover, the government's reference to the defendant serving "at least one year," under Section 3583 does not apply to a misdemeanor charge. The statute clearly states: *"The authorized terms of supervised release are for a misdemeanor (other than a petty offense), not more than one year."* 18 U.S.C. § 3583(e)(3)

After minimizing my time at Florence, the government then commences to mock sincere religious expressions, proffered to the court. I will not dignify that action with a response. I will say that everything I stated in my prior motion was sincere. Just because someone has a colorful

way of expressing their religious experience does not justify the government in exploiting a defendant's willingness to be vulnerable with the court.

The government's motion asserts that I was engaged in selling fraudulent health products to the public. Furthermore, they reference an eight-year scheme to exploit the desperately ill. The government's behavior in attempting to leverage a "fraud narrative" should be rejected by this court.

The information filed by the United States does not allege that I acted with an intent to mislead or defraud. I did not plead guilty to acting with an intent to mislead or defraud.

I was charged with, and pled guilty to, strict liability misdemeanor violations of the Food, Drug, and Cosmetic Act. I was not charged with felony violations of the FDCA, which would require the government to prove that I acted with an intent to mislead or defraud.

I acknowledge that I did not register my manufacturing facility in accordance with the Food, Drug, and Cosmetic Act, and my products did not comply with the labeling requirements established in the FDCA. The misdemeanor violations at issue are focused exclusively on those requirements, despite the government's attempt to incorporate false claims regarding fraud.

I dispute any allegation that I was acting with an intent to mislead or defraud.

I am sorely disappointed that the government can lie to this court in such a brazen manner. They claim that I was dabbling in questionable medical-related businesses at the time of sentencing. This is categorically false. "Life Engine" was an entrepreneurial performance software and had

nothing to do with the medical field. The case management software was concluded in 2019. The Nano particle research has no relationship to the medical field. It is strictly metallurgical. This is supported by studies I am currently conducting at the University of Utah. All of these activities were disclosed to my probation officer with full transparency.

Your honor, the primary reason I am requesting early termination is because the solar company I work for would like me to move to Illinois. I am trying to support my family. This move is a continuation of educational training within the solar industry and should be considered under Section 3553(a)(2)(D). The government is trying to impose an undue financial burden by claiming the need to impose the full term of supervised release without a reasonable basis. The reality is that the misdemeanor charge comes with an automatic felony upgrade for subsequent violations. That fact alone prevents me from considering any activity in the medical field. Even authorized studies at universities would come with great risk to my freedom. Therefore, the claim that continuation of supervised release is needed to dissuade me from further activity within the medical sector is a comparative fiction. The government has won. They have effectively suppressed one of the most significant medical breakthroughs of the past one hundred years. *(See attached white paper in support of my products efficacy.)*

Under section 3559 (a)(6), the court is required to consider the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct. When I went to prison, the intake officer told me that he had worked at the prison for fifteen years, and that I was the first misdemeanor he had ever seen. An FDA warning letter is the standard action with my type of violation. Instead, the government relied on a fake dossier from an internet troll and pursued me for fraudulent activity that I never committed. The

government was only able to produce two viable witnesses out of eleven hundred. Conversely, the defense had eighty-five declaration from the first eighty-five clients they contacted. That math hardly adds up to a fraudulent product. The government has already extracted their pound of flesh many times over. Depriving me of early termination, when the practice is nearly universal among criminals with good behavior, can only be seen as a continuation of governmental persecution.

The government's claim that my crime is uncommon is uniformed. There are over 272,000 alternative healthcare provider businesses in the US as of 2022. Most of them are using natural products to treat people with serious health conditions. Even the Utah state statute allows for the use of natural products to treat disease. (See Chapter 71 Utah Code). I understand that Federal law trumps state statute, and that I should have been more diligent in ensuring compliance. However, my crime is only uncommon in the district because the FDA office of criminal investigation only pursues 60 or so cases a year. Hence, the assertion that my sentence is not substantial, especially considering that I never even received a warning letter, which is standard protocol for the OCI, is inaccurate.

**CONCLUSION**

I agree with the government; "crime should not pay." I have paid for my crime. The government forced me out of business on the false premise of fraud. They persecuted me since 2019, and then decided to settle for a misdemeanor when I refused to cave to their bullying. Moreover, with their recent motion, the Government is still trying to squeeze "felony milk" out of a "misdemeanor turnip," Accordingly; I respectfully request that the court grant my motion.

Your honor, thank you for reading my letter. I hold no hard feelings toward this court. My probation officers have been wonderful. If the court sees the need to enforce the full sentence, then I submit to ongoing purification with a grateful heart. I implore the court to consider that the prosecutors in this case have engaged in prosecutorial misconduct by continually attempting to inflate the nature of my crime, lie about the effectiveness of the product, and in general, have persisted with tainting justice by inserting false claims of fraud into their story.

Accordingly, for the foregoing reasons, I respectfully request that the Court terminate my term of probation.

DATED this 29th day of December, 2023

RESPECTFULLY,

DEWAYNE LEE SMITH, DEFENDANT IN PRO SE

# White Paper 1.0

## COMPLEX I CATALYTIC OXIDATION: **A CURE FOR CANCER?**

D. SMITH, PH.D., A. SRIVASTAVA, MS, PH.D.

This briefing report is intended to provide experts of independent evaluation of the Complex I Catalyst a summary of technical/clinical testing conducted over many years.

MITOLYTIX™

admin@mitolytix.com

Copyright © 2020 Mitolytix Research Ltd. All rights reserved

Not intended for distribution in the United States.

# CONTENTS

## ABSTRACT 1

The role of Reactive Oxygen Species (ROS)
Summary/Mechanism/Composition.

## IN VITRO STUDIES 4

OCR/Morphology/PCR.

## IN VIVO STUDIES 21

Animal, Erythrocyte, Open Respirometry, Blood Metrics, Hydroperoxide, Imaging.

## HISTOLOGY 31

Complex I catalytic oxidation; a sequence of related biological events that uniquely differ from Chemo-radiotherapy.

## POTENTIATED ONCOLOGY 40

A solution for the challenges of modern oncology.

## CASE STUDIES 44

Case studies, clinical considerations, justifications, references.

## REFERENCES 62

Copyright © 2020 Mitolytix. All rights reserved

# ABSTRACT

The role of Reactive Oxygen Species (ROS) in the pathogenesis of neoplastic disease is well established (**1**). In fact, ROS induced oncogenic transformation is now considered a predisposing hallmark factor in the initiation and progression of tumor cells and their metastatic potential (**2**).

However, the role of ROS (particularly hydrogen peroxide $H_2O_2$), as a signaling molecule is not yet appreciated for its corrective action on mitochondrial dysfunctions, including NADH-ubiquinone oxidoreductase (Complex I) dysfunction and the downstream effects of defective oxidative phosphorylation (OXPHOS). (**3**),(**4**)

In this White Paper, we review a novel mitochondrial targeting Catalyst. We refer to this Catalyst as a Complex I Catalyst, or for the purposes of this report; the Catalyst. We will also review a variety of in vitro and in vivo measures used to quantify the effects of The Catalyst.



Copyright © 2020 Mitolytix. All rights reserved

# SUMMARY

We propose that many of the major pathologies are initiated as a defect in the energy-converting NADH: ubiquinone oxidoreductase, respiratory complex I.(**5**) This summary will focus primarily on carcinogenesis and its correction. It is proposed that the primary defect in respiratory complex I metabolism is caused by viral and bacterial toxins, or carcinogens, whose amine group derivatives are capable of blocking the oxidative metabolism of NADH, in the presence of anoxia/hypoxia.(**6**),(**7**),(**8**)

The following serves to provide a framework for our general hypothesis:

# MECHANISM

The Catalyst is an unsaturated body produced from fructose conjugated with reactive oxygen variants, through the use of a proprietary electrostatic reactor. It is a complex I targeting agent, structurally synthesized to initiate dehydrogenation of viral and bacterial toxins, or carcinogens, whose amine group derivatives bind to functional carbonyl cofactors.(**9**) These cofactors compose an electron transfer pathway starting with NADH reduction of FMN and the subsequent one-electron transfer steps along a chain of Fe-S clusters that follow to ubiquinone.(**10**) Additional research should focus on understanding where along this electron transfer pathway dehydrogenations occur and the precise inhibitory role of the activated amine group. However, it is clear that the result of these dehydrogenations is an oxidative progression that proceeds catalytically at the point of integration of the pathogen with the functional carbonyl group. More specifically, The Catalyst catalyzes the production of highly reactive, pathway specific “high order” peroxides capable of propagating redox signaling that results in apoptotic events. This will be further discussed in the hydro peroxide analysis section.

Copyright © 2020 Mitolytix. All rights reserved

# Composition

## INFORMATION ON INGREDIENTS

| Ingredient | CAS# | Weight % |
|---|---|---|
| Modified D-(−)-Fructose ≥99% as carbon fragments | 57-48-7 | $\leq 10^{12}$ |
| Conjugated Oxygen Species | Proprietary | $\leq 10^{12}$ |
| Phosphoric acid | 7664-38-2 | $\leq 10^{12}$ |
| Water | 7732-18-5 | > 99.9% |
| X-RF controlled steric manipulation | Proprietary | |
| Chemical Family: | Catalytic Homeopathic | |
| Dilution Factor: | $10^{12}$ | |
| Color: | Clear | |

The fructose “residue” is diluted with HPLC grade water as a highly dilute (10-12) catalytic Catalyst and used for intramuscular injection or sub lingual spray.

In summary, restoration of the functional carbonyl group restores the metabolism of NADH and reverses the disease process. Oxidative phosphorylation is restored, while compensatory substrate level phosphorylation is rendered obsolete.



Copyright © 2020 Mitolytix. All rights reserved

# OXYGEN CONSUMPTION RATES (OCR)

## IN VITRO STUDIES

Our initial efforts focused on measuring oxygen consumption as a qualitative measure of mitochondrial throughput. A Warburg type chamber was adapted for our specific needs. We measured OCR in normal tissues and malignant tissues of various types. We noted a 37% increase in consumption in normal tissues and a 13-17% OCR increase in a variety of malignant cells lines. The assumption rested on the general premise that the rate of oxygen consumption by mitochondria increases during the conversion of ADP into ATP,(**11**) an important factor in determining the rate of oxidative phosphorylation. This seemed like a logical place to test the oxidative metabolism of NADH. In retrospect, we recognize that we failed to account for substrate level phosphorylation during the uncoupling of OXPHOS, where increased OCR is associated with the uncoupling event.(**12**) However, because we were testing the OCR after uncoupling had already occurred (in the malignant cell lines), we felt justified in making certain assumptions. Moreover, PCR studies later confirmed the upregulation of ATP synthase using the H2172 human non-small cell carcinoma line. Additionally, our clinical studies showed sharp normalization of lactate dehydrogenase (LDH) levels post treatment.(**13**) We interpret these findings to show that The Catalyst demonstrates the ability to restore OXPHOS after uncoupling has occurred.

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES

## IN VITRO STUDIES

Building on the OCR studies, we commissioned a University to explore and characterize any morphological or growth changes that occur in response to The Catalyst. Cells chosen for assays consisted of the H2172 human non-small cell carcinoma line and the MRC-9 human immortalized normal lung line. The university staff cultured small volumes of cells for 90-120 days treating every three days with nothing (Untreated), sterile water (Mock) or The Catalyst.

Assay process employed:

- Monitor and photograph cells to identify any morphological changes in cells or growth patterns, including cell death due to toxicity.
- Upon verification of changes in growth or morphology, scale up cell culture into large flasks for downstream harvest of RNA for RT-PCR assay ($RT^2$ Profiler™ PCR Array Human Mitochondrial Energy Metabolism Pathway Plus).
- Harvest cells at identified days post start of treatment for RNA extraction. Extract and purify RNA. Proceed with RNA quantitation and reverse transcription, then PCR.
- Analyze PRC results to determine effect of treatment on cell lines.

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES - DAY 14


Catalytic treated MRC-9 w/wash @ 40X


Mock treated MRC-9 w/wash @ 40X


NonCatalytic treated MRC-9 w/wash @ 40X


Untreated MRC-9 w/wash @ 40X


Catalytic treated H2172 w/wash @ 40X


Mock treated H2172 w/wash @ 40X


NonCatalytic treated H2172 w/wash @ 40X


Untreated H2172 w/wash @ 40X

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES - DAY 21


MRC-9 Normal Cells untreated at day 21, 10X


MRC-9 Normal Cells mock treated at day 21, 10X


MRC-9 Normal Cells BX treated at day 21, 10X


H2172 Non-small cell carcinoma
Cells untreated at day 21, 10X


H2172 Non-small cell carcinoma
Cells mock treated at day 21, 10X


H2172 Non-small cell carcinoma
Cells treated at day 21, 10X

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES - DAY 45



MRC-9 Normal Cells untreated at day 45, 10X



MRC-9 Normal Cells mock treated at day 45, 10X



MRC-9 Normal Cells treated at day 45, 10X



H2172 Non-small cell carcinoma
Cells untreated at day 45, 10X



H2172 Non-small cell carcinoma
Cells mock treated at day 45, 10X



H2172 Non-small cell carcinoma
Cells treated at day 45, 10X

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES - DAY 72


MRC-9 Normal Cells untreated at day 72
10X


MRC-9 Normal Cells mock treated at day 72
10X


MRC-9 Normal Cells treated at day 72
10X


H2172 Non-small cell carcinoma
Cells untreated at day 72, 10X


H2172 Non-small cell carcinoma
Cells mock treated at day 72, 10X


H2172 Non-small cell carcinoma
Cells treated at day 72, 10X

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES - DAY 72



MRC-9 Normal Cells untreated at day 72
40X (undergoing active replication)



MRC-9 Normal Cells mock treated at day 72
40X



MRC-9 Normal Cells treated at day 72
40X



H2172 Non-small cell carcinoma
Cells untreated at day 72, 40X



H2172 Non-small cell carcinoma
Cells mock treated at day 72, 40X



H2172 Non-small cell carcinoma
Cells treated at day 72, 40X

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES - DAY 90



MRC-9 Normal Cells untreated at day 90
10X



MRC-9 Normal Cells mock treated at day 90
10X



MRC-9 Normal Cells treated at day 90
10X



H2172 Non-small cell carcinoma
Cells untreated at day 90, 10X



H2172 Non-small cell carcinoma
Cells mock treated at day 90, 10X



H2172 Non-small cell carcinoma
Cells treated at day 90, 10X

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES - DAY 90



MRC-9 Normal Cells untreated at day 90
40X



MRC-9 Normal Cells mock treated at day 90
40X



MRC-9 Normal Cells treated at day 90
40X



H2172 Non-small cell carcinoma
Cells untreated at day 90, 40X



H2172 Non-small cell carcinoma
Cells mock treated at day 90, 40X



H2172 Non-small cell carcinoma
Cells treated at day 90, 40X

Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES (DAY 21-90)
# GROWTH COMPARISON




Copyright © 2020 Mitolytix. All rights reserved

# MORPHOLOGY/GROWTH STUDIES

## RESULTS & CONCLUSION

It is evident that cellular reproduction is significantly slowed in response to The Catalyst compared to sterile water (Mock) treatment or untreated cultures grown in parallel, since there is no evident overwhelming increase in cellular death, yet the cultures hold lower volumes of cells as evidenced by reduced 3-dimensional growth in the Catalyst treated flasks and wells at later time points.

It is also clear that the normal cells (MRC-9) are impacted in a similar way by the Catalyst and Mock treatments in the UNIVERSITY experiments compared to the cancer cells (H2172). Of note, The Catalyst treated H2172 cells appear at 40X magnification to have a slightly darker lipid layer which may impact cell-cell adhesion and migration of the malignant cells. This dark lipid layer is less noticeable in the MRC-9 cells treated with the Catalyst.



Copyright © 2020 Mitolytix. All rights reserved

# $RT^2$ PROFILER PCR ARRAY

## IN VITRO STUDIES

Key for QPCR arrays:

- Unt= untreated samples:
- Mock = samples treated with sterile water in equal volumes
- CATALYST= samples treated with agreed upon volume of Catalyst
- D21 samples harvested on day 21 post initiation of treatment
- D120= samples harvested on day 120 post initiation of treatment
- MRC-9 or H2172 identifies the cell type used.
- PAHS-008Y= Qiagen PCR array plate chosen for initial study, $RT^2$ Profiler™
- PCR Array Human Mitochondrial Energy Metabolism Pathway Plus

Copyright © 2020 Mitolytix. All rights reserved

# $RT^2$ PROFILER PCR ARRAY

## RESULTS & CONCLUSION

After verifying changes in the growth cycle, the researchers scaled up the cell culture into large flasks for downstream harvest of RNA for PCR analysis. We opted for the $RT^2$ Profiler PCR Array Gene Expression Analysis by QIAGEN.

The $RT^2$ Profiler PCR Arrays are highly reliable and sensitive gene expression profiling tools for analyzing focused panels of genes in signal transduction, biological processes or disease research pathways using real-time PCR. Each cataloged $RT^2$ Profiler PCR Array contains a list of the pathway-focused genes as well as five housekeeping (reference) genes on the array. In addition, each array contains a panel of proprietary controls to monitor genomic DNA contamination (GDC) as well as the first strand synthesis (RTC) and real-time PCR efficiency (PPC). The qPCR Assays used in PCR Arrays are laboratory-verified and optimized to work under standard conditions enabling a large number of genes to be assayed simultaneously.

In this study, 96 genes were profiled on 2 samples with the PAHS-008Y.

**Summary and workflow**

Cataloged arrays:

1. Mature RNA was isolated using an RNA extraction kit according to the manufacturer's instructions.
2. RNA quality was determined using a spectrophotometer and was reverse transcribed using a cDNA conversion kit.
3. The cDNA was used on the real-time $RT^2$ Profiler PCR Array (QIAGEN, Cat. no. PAHS-008Y) in combination with $RT^2$ SYBR® Green qPCR Mastermix (Cat. no. 330529).

A full 92-gene analysis is beyond the scope of this review. Of particular interest, is the effect of The Catalyst on altering expression of specific genes in complexes I and V respectively.



Copyright © 2020 Mitolytix. All rights reserved

# RT² PROFILER PCR ARRAY

## SCATTER PLOTS

### Scatter Plot

| Test Group | Control Group | Fold Regulation Threshold |
| --- | --- | --- |
| Group 1 | Control Group | 2 |




The scatter plot compares the normalized expression of every gene on the array between the two selected groups by plotting them against one another to quickly visualize large gene expression changes. The central line indicates unchanged gene expression. The dotted lines indicate the selected fold regulation threshold. Data points beyond the dotted lines in the upper left and lower right sections meet the selected fold regulation threshold.

### Scatter Plot

| Test Group | Control Group | Fold Regulation Threshold |
| --- | --- | --- |
| Group 1 | Control Group | 2 |




The scatter plot compares the normalized expression of every gene on the array between the two selected groups by plotting them against one another to quickly visualize large gene expression changes. The central line indicates unchanged gene expression. The dotted lines indicate the selected fold regulation threshold. Data points beyond the dotted lines in the upper left and lower right sections meet the selected fold regulation threshold.

Copyright © 2020 Mitolytix. All rights reserved

# $RT^2$ PROFILER PCR ARRAY

## SCATTER PLOTS

Scatter Plot

| Test Group | Control Group | Fold Regulation Threshold |
|---|---|---|
| Group 1 | Control Group | 2 |




The scatter plot compares the normalized expression of every gene on the array between the two selected groups by plotting them against one another to quickly visualize large gene expression changes. The central line indicates unchanged gene expression. The dotted lines indicate the selected fold regulation threshold. Data points beyond the dotted lines in the upper left and lower right sections meet the selected fold regulation threshold.

Scatter Plot

| Test Group | Control Group | Fold Regulation Threshold |
|---|---|---|
| Group 1 | Control Group | 2 |




The scatter plot compares the normalized expression of every gene on the array between the two selected groups by plotting them against one another to quickly visualize large gene expression changes. The central line indicates unchanged gene expression. The dotted lines indicate the selected fold regulation threshold. Data points beyond the dotted lines in the upper left and lower right sections meet the selected fold regulation threshold.

Copyright © 2020 Mitolytix. All rights reserved

# RT² PROFILER PCR ARRAY

## RESULTS & CONCLUSION

### NADH:ubiquinone oxidoreductase subunit A1 (NDUFA1)

Our initial focus was the upregulation of NADH: ubiquinone oxidoreductase subunit A1 (NDUFA1). This gene codes for an essential component of complex I of the respiratory chain, which transfers electrons from NADH to ubiquinone.(**14**) Accordingly, we would expect to see upregulation of this gene in the Catalyst altered H2172 cell line:




We can clearly see that gene expression in subunit A1 is upregulated suggesting an increase in electron transfer from NADH to ubiquinone.

### NADH:ubiquinone oxidoreductase subunit A10 (NDUFA10)

Since ubiquinone is the electron acceptor for this gene, any increase in the forward electron momentum will be accompanied by the upregulation of this gene. Moreover, upregulation in each of the thirty-one (31) subunits in complex I is noted:




**Unregulated Genes:**

NDUFA1, NDUFA10, NDUFA11, NDUFA2, NDUFA3, NDUFA4, NDUFA5, NDUFA6, NDUFA8, NDUFAB1, NDUFB10, NDUFB2, NDUFB3, NDUFB4, NDUFB5, NDUFB6, NDUFB7, NDUFB8, NDUFB9, NDUFC1, NDUFC2, NDUFS1, NDUFS2, NDUFS3, NDUFS4, NDUFS5, NDUFS6, NDUFS7, NDUFS8, NDUFV1, NDUFV2, NDUFV3.

Clearly, the Catalyst alters gene expression across complex I



Copyright © 2020 Mitolytix. All rights reserved

# $RT^2$ PROFILER PCR ARRAY

## RESULTS & CONCLUSION

Forty-four (44) additional genes are altered from complex I through V. Of particular interest are alterations in cytochrome c1, which plays an important role in the mitochondrial respiratory chain by transferring electrons from the iron-sulfur protein to cytochrome c. Cytochrome c also plays a central role in apoptosis as a signaling catalyst for cell death, and is therefore a pathway of interests requiring additional research.(**15**)

As previously discussed our OCR studies rested on the assumption that an increases in the oxygen consumption rate could be attributed to increased OXPHOS since we were testing OCR after uncoupling had already occurred (in the malignant cell lines). The variety of gene alterations in complex V support our previous conclusions.(**16**) The PCR data showed upregulation of all 14 ATP synthase sub-units:

**Complex V (ATP Synthase)**

ATP5A1, ATP5B, ATP5C1, ATP5F1, ATP5G1, ATP5G2, ATP5G3, ATP5H, ATP5I, ATP5J, ATP5J2, ATP5L, ATP5O, PPA1.

Clearly, the Catalyst alters gene expression across complex V.



Copyright © 2020 Mitolytix. All rights reserved

Disclosure: Some of the following research abstracts are included as historical research. These studies may be accompanied by a variety of internal and external validity factors that may invalidate the findings. Problems in design and data collection and retention may challenge the interpretation of the data. These studies are included for the purpose of guiding expert investigations, while providing general insight into the nature of The Catalyst.

# IN VIVO STUDIES

## ANIMAL STUDY (2006)

The Catalyst was utilized in an animal survival study where we demonstrated that The Catalyst significantly increased survival rate of nude mice bearing WiDr cells. Figure 2 compares the survival time of treated and control group. The death of the last untreated mouse occurred on day 172. At the end of the experiment (day 310), 83% of the treated mice were still alive with a survival index of 183% or 83% of survival time increase.



Figure 2 reports the survival time of untreated mice (control) with the treated mice.

### Materials and Methods

| | |
|---|---|
| Type: | Mice (CD-1) |
| Tx group (pre-inoculation): | 50 |
| Sham tx group (pre-inoculation): | 50 |
| Tx group (post-inoculation): | 47 |
| Sham tx group(post-inoculation): | 46 |
| Inoculant: | ATCC-218 |
| Inoculation period: | D1-T |
| Tumor confirmation: | All in PI group |
| Tx protocol | 2ug every 14 days |

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO STUDIES

## ERYTHROCYTE PERMEABILITY TEST

The alteration of erythrocyte membrane permeability by ROS dysfunction(**17,18**) presented us with a strategy helpful in obtaining qualitative measures of the constitutional status of the patient; namely, a test known as the EPT or Erythrocyte Permeability Test.

The erythrocyte offers a semi permeable membrane. The test measures the osmotic pressure of normal erythrocytes measured against diseased red blood cells. Healthy intact erythrocytes become crenated or "shrivel up" in the presence of a 1% sodium chloride solution. This is to be expected because the 1% salt solution is hypertonic to the 0.85% osmolarity of the interior of the erythrocyte.

Conversely, excessive interior osmotic pressure, as observed in diseased erythrocytes, causes the cell to swell. These shaping characteristics are governed by the high-energy phosphates required to perform membrane specific functions; structuring and maintenance of protein molecules responsible for distribution equilibrium, maintenance of cell structure, etc. The Erythrocyte Permeability Test correlates directly with the other in vivo measures employed to monitor the clinical status of the patient.(**19**)

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO STUDIES

## ERYTHROCYTE PERMEABILITY TEST

### RESULTS & CONCLUSION

In 2013 we initiated a clinical study aimed at testing the effects of the Catalyst on erythrocyte crenation. Using an advanced microscopy evaluation technique, blood was collected from 37 patients suffering from a variety of chronic pathologies. The blood was mixed with a 1% solution of sodium chloride, placed on a slide with a coverslip, and recorded using a digital camera for 60 seconds. This procedure was repeated at regular intervals for 30 days. The average baseline crenation numbers (health function) measured prior to the study was 67%. At the conclusion of the study, the average crenation percentage rose to 98%, demonstrating a return of cell wall permeability brought about by increased energy production. Once again, corresponding with an improvement in specific diagnostic markers related to the given condition.



Non-crenated (normal erythrocyte)



Crenated erythrocyte (in 1% NaCl)



Example of diseased erythrocytes

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO STUDIES

## OPEN RESPIROMETRY

Open Respirometry is often used in athletic performance testing. This technique provides information on the metabolism in general. Examples include rates of carbon dioxide production (VCO2) and oxygen consumption (VO2). This test also provides additional information concerning mitochondrial function indirectly, as a "whole body" metobolic measure.(**20**)

For instance, several studies have indicated a significant correlation between VO2max and mitochondria.(**21**) VO2max is a measurement of how well the cardiorespiratory system and muscles are using oxygen. The V02 score is a measure of the lung's ability to process the air, the heart's ability to pump the blood, the blood's ability to transport the oxygen, and the capillaries capacity to deliver oxygen to the muscles. These are all functional measures of the body's oxygen delivery system. However, several studies have indicated that the muscle's ability to extract the oxygen is dependent on mitochondrial function within those cells. Other studies have shown a relationship between VO2max and several chronic pathologies, including cancer.(**22,23**)

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO
## STUDIES

# OPEN RESPIROMETRY
## RESULTS & CONCLUSION

Using the Cardio Coach Max™ we demonstrated that an improvement in the function of mitochondria corresponds with an improvement in oxygen consumption in the tissues, hence an improvement in V02max. 56 patients suffering from a variety of chronic pathologies including cancer, cardiovascular disease, and various autoimmune conditions, underwent respirometry testing before and after Catalyst administration. Using V02max, and V02/C02 exchange ratios, alterations in skeletal muscle respiratory capacity demonstrated a 33% improvement overall. This corresponded with an improvement in specific diagnostic markers related to the given condition at approximately the same rate (28-37%.) This shows a general improvement in oxygen consumption within the tissues corresponding to improvements related to the condition itself.




Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO STUDIES

## BLOOD METRICS

A variety of blood metrics have been used to monitor the effects of The Catalyst on the various types of cancer. Of the available markers, those most practical for achieving a holistic clinical view of cancer from the metabolic perspective include primary markers (such as PSA, CEA, etc.), vascular endothelial growth factor (VEGF)(**24**), lactate dehydrogenase (LDH)(**25**), chromogranin A (CgA)(**26**), C-reactive protein(**27**), erythrocyte sedimentation rate (ESR)(**28**), complete blood count (CBC)(**29,30,31**), and comprehensive metabolic panel (CMP).(**32**)

This series of tests provide a snapshot of concurrent shifts in angiogenesis, metastatic potential, metabolic activity, and constitutional functions, thus providing a well-rounded indication of clinical course. It is important that the investigator understand the specificity of each marker within the collective context so as not to over- or under-interpret the predictive value of any individual test.

Significant pre/post changes, using the above metrics, are observed in the majority of cases to date.

Copyright © 2020 Mitolytix. All rights reserved

# HYDRO PEROXIDE ANALYSIS

## IN VIVO STUDIES

Methods for measuring H2O2 fluctuations in vivo provided a correlative framework for analyzing the relationship between pathway specific redox signaling events in vitro and correlative systemic levels of H2O2 in vivo, in response to the underlying mechanism of The Catalyst. For instance, in detecting H2O2 bursts from isolated mitochondria, specialized probes demonstrating specificity and sensitivity in detecting subtle fluctuations of H2O2 have been utilized. Such a method is useful for assessing changes in electron transport chain throughput in response to the Catalyst, but not practical for clinical use.(**33,34,35**)

Appreciating the need to assess in vivo clinical responses to treatment, the FRAS 4™ hydro peroxide analyzer was employed.(**36**) The FRAS 4 is an integrated analytical system consisting of a dedicated photometer with an incorporated centrifuge. The instrument was designed for the global assessment of oxidative stress, and adapted to our specific needs. Two tests were used: d-ROMS and BAP. The d-ROMs test measures the blood concentration of reactive oxygen metabolites (ROMs) and, particularly, that of hydroperoxides, which are ideal substituted derivative markers for assessing fluctuations in H2O2.

The BAP ( biological antioxidant potential) test has been adapted to estimate hydroperoxide values via antioxidant buffering.

The FRAS 4 device has been successfully utilized to photometrically evaluate pathway specific peroxide bursts, by means of measuring systemic "leakage values" that provide correlative utility. These complex I bursts are described here as peroxide based signal propagations or peroxide modulated apoptotic events, which are an integral part of the mechanism of The Catalyst.

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO STUDIES

## IMAGING ANALYSIS

Researchers may choose to employ multi-modality imaging (MMI) to assess the impact of the Catalyst on tumor metabolism. Each modality provides unique information, resulting in a complimentary framework for enhancing our understanding of the various effects observed. These modalities include positron emission tomography (PET), computed tomography (CT), and magnetic resonance imaging (MRI).

**Positron Emission Tomography (PET)**

PET imaging with [18F]fluro-2-deoxyglucose (18F-FDG) is ideal for identifying Catalyst induced changes in glycolytic tumors. During the morphology/growth studies (H2172 cell lines), we observed significant reduction in cellular reproduction in response to the Catalyst. Correspondingly, we see shifts in the metabolic requirements of the tumor, as the tumor cells convert to more normalized phenotypes. We have observed all of the following responses to treatment:

- Decreased FDG uptake in
- tumors and lymph nodes.
- Reduction in tumor size or interim increase in tissue fullness preceding tumor reduction.
- Necrotic changes.
- Low-density fluid collections described as abscesses, which can serve as evidence of liquefactive necrosis.
- Normalized physiologic FDG uptake within the blood pool, spleen, and liver reference points.

Copyright © 2020 Mitolytix. All rights reserved

# IMAGING ANALYSIS (CONT)

**IN VIVO**
STUDIES

The PET is particularly useful in assessing therapeutic response to the Catalyst in the short term, considering that tumor cells reverting to oxidative phosphorylation require much less glucose compared to substrate level phosphorylation. Moreover, because tumor regression follows this metabolic shift, this technique provides an early confirmation helpful in projecting outcomes long term.

**Computed tomography (CT)**

Our experience has shown that significant changes in vascular endothelial growth factor (VEGF) quickly follow the first responses to treatment. The CT compliments this VEGF testing as a quantitative measure of blood vessels supplying the tumor(s).(**37**) Additionally, tumor vasculature can be used to identify hypoxic regions within the tumor landscape.(**38**) Considering that the Catalyst works by triggering the formation of pathway specific peroxides, one can appreciate the need for ensuring an ample supply of molecular oxygen as a substrate for peroxide formation. Detecting hypoxic zones can be useful in identifying the need for supportive therapies capable of increasing 02 profusion, such as localized hyperthermia, hyperbaric, EWOT, etc. A contrast-enhanced CT with HX4-PET, PET probe specific for hypoxia, could be the best option for achieving normoxic/hypoxic classifications.(**39**)

Copyright © 2020 Mitolytix. All rights reserved

# IMAGING ANALYSIS (CONT)

# IN VIVO
STUDIES

**Magnetic resonance spectroscopy (MRS)**

In addition to using MR to determine anatomical registration of the tumor, MRS imaging is able to detect metabolites downstream of pyruvate such as lactate and alanine.(**40**) This capability is useful in measuring the effects of The Catalyst on metabolism. We have demonstrated that The Catalyst reduces systemic levels of lactate dehydrogenase (LDH). Similarly, we can utilize reductions in lactate and alanine to quantify activities related to oxidative phosphorylation, enzyme activity, and the tumor pathway itself.(**41**)

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO STUDIES

## HISTOLOGICAL FINDINGS

The Catalyst significantly induce necrosis of malignant tumors without histological changes in adjacent non-tumorous tissue. However, it is critical for the practitioner to understand the recovery trajectories and accompanying transformation in tumor histology, and regression that occur over time.

The complexity of tumor regression after preoperative chemo-radiotherapy is comparatively simple next to the process effectuated by the catalyst. The later must be understood as a redox-regulated regression pattern that proceeds along the lines of the physiology itself.

Thus, the objective is tumor "normalization", in contrast to "expeditious tumor destruction". While some similarities between the tumor response of chemo-radiotherapy and the catalyst are observed, several differences should be explored.

Copyright © 2020 Mitolytix. All rights reserved

# HISTOLOGICAL FINDINGS (CONT)

# IN VIVO
## STUDIES

**Complex I catalytic oxidation**

Complex I catalytic oxidation (C1CO), as a function of the Catalyst, is a sequence of related biological events that uniquely differ from Chemo-radiotherapy:




Understanding each step of the process is essential:

**Potential:**

Our general thesis states that dysfunctions within the ROS landscape are the potentiating factors that activate cancer metastasis. Moreover, metastatic potential is regulated by redox signaling patterns intended as protective signal propagations.(**42,43,44,45**)

In other words, tumor cells are mobilized for the purpose of constructing tumors (more accurately described as dysfunctional glands of internal secretion), in peripheral sites of high toxicity.(**46,47**) These tumors produce substances that fail to achieve their desired end. Once redox signaling is corrected, these dysfunctional signal propagations terminate.

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO
STUDIES

## HISTOLOGICAL FINDINGS (CONT)

The termination of metastatic potential directly corresponds with diminished FDG uptake, and follows the first reactions to treatment. Most often, this can be measured within the first 21 days of treatment using PET imaging with 18F-FDG. For instance, a strong hexhiemer response occurring 3 days after treatment is not uncommon, and will typically correlate with decreased FDG uptake directly following the response.



However, decreased FDG uptake does not always parallel with tumor shrinkage when using the catalyst. In fact, termination of metastatic potential generally corresponds with an increase in tissue fullness (tumor swelling), which precedes tumor regression. The reason for this will become apparent as we describe each stage of the curative process.

*The spleen measures 8.0 cm in greatest craniocaudal extent*
*a- 4.6 x 3.8 CM urethral mass, image 269, SUVmax 3.3, previously measuring 5.2 x 4.7 CM SUV Max of 50.1.*

*Previous right inferior bladder focal activity is no longer visualized.*

**Radiology report-High-grade B-cell Lymphoma After 3rd treatment (no history of chemo)**

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO
STUDIES

## HISTOLOGICAL FINDINGS (CONT)

**Apoptosis:**

Termination of metastatic potential occurs simultaneously with apoptosis. Apoptosis is cyclic and recurs during hexhiemer response periods. With chemo-radiotherapy accelerated apoptosis and necrosis occur with the destruction of tumor vasculature.



Conversely, apoptosis induced by the catalyst initiates a series of events beginning with colliquative/coagulative necrosis. The coagulated morphology presents as micro-encapsulations of tumor cells and/or their debris into small clusters. This cluster architecture of dead and/or normalized tissue is accompanied by low-density fluid collections that also contribute to tumor swelling.

*There Is loss of fat in the left retromolar trigone, with presence of ill-defined enhancement/soft tissue mass extending into the left retromandibular region, continuous with the left tonsillar region, this area measures approximately 4.3 cm in width, Series 6 image 11, 2.1 cm in AP dimensions and approximately 2.6 cm in maximum vertical dimensions, extends superior medially of the skin inferior to the left ear, containing ill-defined low-density collection which may suggest possible phlegmon/abscess/necrotic changes. Lytic lesions cannot be excluded.*

FDG-PET /CT-Squamous cell carcinoma of the neck: After 3rd treatment (no history of chemo)

Copyright © 2020 Mitolytix. All rights reserved

# HISTOLOGICAL FINDINGS (CONT)

# IN VIVO
## STUDIES

**Invasive Carcinoma (Breast) Stage IV**

Pretreatment: 2 days prior to administration

- Regional metastasis/axillary adenopathy
- Multiple masses/architectural distortions
- Neoplasms are firm, irregular
- Disseminated with metastasis

FDG uptake= 14.6




**Day 9 post administration (Dose= 2cc)**

The tumor zones containing the newest cells are the first zones to be affected. This is generally observed as a sequential cascading effect; from newest to oldest cells.

Necrotic cells releasing their cellular cytoplasmic contents can typically be associated with tumor progression. In this case, the release of nuclear proteins (cytokines) recruit inflammatory cells that exert the "regression activities" outlined earlier. Again, the reverse order progression/regression" phenomenon is observed.

The mechanistic relationship between necrosis and apoptosis is well established, with necrotic zones being surrounded with apoptotic zones. Apoptotic distribution is observed with typical cluster variance throughout the tumor. Additional studies should focus on establishing an accurate apoptotic index. colliquative/coagulative necrosis with micro-encapsulation is thus illustrated.

FDG uptake (day 45) = 2.2



Copyright © 2020 Mitolytix. All rights reserved

# HISTOLOGICAL FINDINGS (CONT)

# IN VIVO
## STUDIES

**Calcification:**

Hyalinization and calcification of these extracellular materials provide a growth bed for angioblastic tissue formation.

**In growth:**

Under this recovery process, specialized vasculature is created for the purpose of transforming the tumor into its own removal apparatus.

This process begins with angiogenic signals that guide the migration of angioblasts into the hyalinized regions of the tumor, where they feed on the stored cellular debris, proliferating and differentiating into epithelial cells which develop the venous network required to remove the tumor over the coarse of 3-12 months, or longer as may be required. Additionally, just as mast cells modulate tumor progression, they now serve to modulate several functions related to tumor regression, such as; secretion of growth factors related to venous in-growth, vasodilation adjacent to the cluster architecture previously mentioned, etc.



Copyright © 2020 Mitolytix. All rights reserved

# HISTOLOGICAL FINDINGS (CONT)

## IN VIVO
STUDIES

**In growth (cont):**

These photographs illustrate the influx of corrective blood, and the building of a new "spongy" tissue apparatus over the first six weeks after administration. By day thirty-nine microscopy evaluation reveals that the cancer cells are nearly all dismantled. The tissue presents as a gelatinous agglomeration, rich with embryonic cell types that have formed an abundant supply of small blood vessels that will slowly absorb the remaining debris prior to remodeling. In this case, the full process requires nine months.




It is worth noting that this patient refused surgical management of the tissue, which would have been preferred prior to treatment.

Copyright © 2020 Mitolytix. All rights reserved

# HISTOLOGICAL FINDINGS (CONT)

# IN VIVO
## STUDIES

**Immune response:**

The micro-environment of the new tissue modifies the behavior of immune cells to suit the needs of the removal process.

A fundamental question often arises in oncology: How do cancer cells avoid immune destruction? We have already offered an explanation as to the protective intent of the tumor system. It is our assertion that tumor cells are equipped with more than just immune tolerance. They function in synergy with immune cells as they attempt to fulfill their requirement of building a protective gland. It is reasonable to postulate that the glands failure to provide the intended protection justifies cytoxic immune cell response, such as that seen in natural killer (NK) and CD8+ T cells. However, the role of the vast majority of immune cells is similar with tumor progression or regression, with profoundly dissimilar outcomes. To illustrate, tumor associated macrophages stimulate angiogenesis to promote an arterial blood supply that supports tumor progression. Conversely, this same function, when applied to the construction of the new tissue apparatus, results in regression of the tumor. Similarly, the role of the macrophage in stimulating proliferation, epithelial-mesenchymal transition, remodeling of the extracellular matrix (ECM), etc., produces a reverse consequences when their purpose is devoted to tumor regression. This logic can be applied to the broad spectrum of immune function within the new economy.

Copyright © 2020 Mitolytix. All rights reserved

# IN VIVO STUDIES

## HISTOLOGICAL FINDINGS (CONT)

**Synthesis:**

Following the influx of these specialized cells, the fibroblastic synthesis of an ECM, within the new tissue, provides a functional scaffolding that supports a complex immune response within the micro-environment of the now benign tissue. This modified extracellular matrix regulates the development of the new tissue, just as the previous matrix contributed to the development of the original tumor. The new matrix regulates, or otherwise influences, all of the biological capabilities of the new tissue, but in reverse order as compared with its neoplastic counterpart.

**Absorption:**

The preceding steps reveal a complex, biological process that encompasses an intrinsic histological phenomenon for converting, and otherwise replacing, neoplastic tissue with a new functional tissue. Once established, this new tissue assimilates cellular waste products associated with its previous function, and ultimately deconstructs once it has achieved its end purpose.

**Remodeling:**

The new tissue is replaced by collagen matrix, enriched in proteoglycans, glycosaminoglycans, noncollagenous glycoproteins, and functional parenchyma, which further lead to restoring the structure and function of the underlying tissue.

Copyright © 2020 Mitolytix. All rights reserved

# ONCOLOGY
POTENTIATED

# A SOLUTION FOR THE CHALLENGES OF MODERN ONCOLOGY

**Chemo-radiotherapy**

Tumor regression following chemo-radiotherapy is intended as a crude cytotoxic consequence, with the potential for accelerated apoptosis, necrosis, and regression of tumor vasculature. Favorable responses can produce large reductions in gross tumor volume (GTV) within the first 30 days after treatment. However, we see a precipitous decline with complete response rates (CR) proportionate to the staging of the disease. Overall, the CR rate for patients with most types of late-stage cancers receiving chemo-radiotherapy are consistently between 5% and 10%, regardless of solid cancer type or drug regimen. Damaging effects on peripheral tissue, combined with non-tissue based systemic complications, are well established. Metastasis and tumor-promoting effects, arising from the resistance and/or cumulative excess, are not excluded as factors contributing to poor long term prognosis. Overall, chemo-radiotherapy as a long-term treatment strategy is limited.

Copyright © 2020 Mitolytix. All rights reserved

# ONCOLOGY
## POTENTIATED

# A SOLUTION FOR THE CHALLENGES OF MODERN ONCOLOGY (CONT)

**Catalyst/ Chemo-radiotherapy integration**

The catalyst can be used as a standalone treatment, independently capable of achieving complete remediation of the disease, without the use of conventional therapies.

However, understanding the risks conventional oncologists assume in meeting the standard of care, an integrative model can be employed to the benefit of the patient.

The catalyst represents a fundamentally new approach for treating cancer. Accordingly, the oncologist must change their view of cancer to one that embraces the concept of ROS induced oncogenic transformation. This view is further expanded when one appreciates the value of using the catalyst as a "tissue potentiator", in conjunction with conventional therapies.

Under this "hybrid model", several optimizations are evident:

Copyright © 2020 Mitolytix. All rights reserved

# ONCOLOGY
POTENTIATED

## A SOLUTION FOR THE CHALLENGES OF MODERN ONCOLOGY (CONT)

**Resistance**

Cancer cells are equipped with the innate ability to evade the effects of chemotherapeutics, primarily because the formation of the tumor as a functional gland is a physiological imperative. The drug efflux response of genetically controlled pumps, the protective nature of tumor heterogeneity, signaling, and immune response are just a few evidences supporting the protective intent of the tumor apparatus. This reality presents a major dilemma for conventional therapies that inherently work counter to the physiological paths of least resistance.(**48,49**)

Conversely, conventional therapies used subsequent to the histological alterations previously discussed, align with the newly acquired "regressive objectives" of the tissue. Simply put, the catalyst creates an oxidative phenotype that promotes tumor homogeneity, reduces efflux, and aligns signaling and immune response with the purpose of the new tissue, all of which potentiate the desired effects of conventional therapies, while revealing the mostly unknown molecular mechanisms underlying resistance.

**Potential**

Copyright © 2020 Mitolytix. All rights reserved

# ONCOLOGY
## POTENTIATED

# A SOLUTION FOR THE CHALLENGES OF MODERN ONCOLOGY (CONT)

The termination of metastatic potential resolves a principal dilemma contributing to conventional treatment failure. In excess of 200 anti-cancer drugs have been approved for administration, yet none exhibit effective inhibitory effects on metastasis; the chief killer of the patient. Our model is the first to accurately explain the reason why genes promote cancer cell motility during tumor progression in the first place.(**50**)

**Dosing**

The quantity, frequency, and duration of chemotherapy can be reduced, thus lowering BSA-dosing related toxicity while broadening the therapeutic index.

**Response Rates**

Complete response rates can be realized in the majority of late stage cases, as compared with the current 5-10% statistic.

Overall, patients who receive the catalyst prior to, during, and after chemo therapy, will defy the statistical norms generally observed in its absence. At the very least, the catalyst provides service as a combo tumor hypoxia/anti metastatic agent that solves the two principal obstacles to the effectiveness of conventional therapies.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #1

## Catalyst/ Chemo integration: Mast Cell Sarcoma Stage IV

**Introduction**

Mast cell sarcoma (MCS) is a rare form of mastocytosis characterized by the presence of solid tumor(s) comprising malignant mast cells that harbor destructive infiltration capability and metastatic potential. The prognosis of patients is dismal, and the tumor is most often fatal within a few months. The prognosis of patients with MCS is poor, with a median survival time of less than 18 months.

**History**

A 37-year-old woman presented for treatment, after being recommended to hospice care. She had been diagnosed with MCS and a metastatic GI stromal tumor with spleen, and kidney metastatic disease and extensive mesenteric and omental carcinomatosis. MRI of the abdomen revealed innumerable (> 27) T2 hyperintense masses within the liver. It was estimated that less than half of the normal liver tissue remained. Many of the lesions showed T1 hyperintensity associated with internal hemorrhaging. The patient had a poor response to chemotherapy and was informed in December of 2011 that she had less than six months to live. She started treatment In January of 2012.

**Metrics**

The patient's cancer markers (qualitative) started decreasing within two months of starting the protocol (Baseline CA125 was 46.) Within 2 months CA125 was at 17.). Patient began to put on weight, reporting increased appetite, previously presenting with end stage cachexia. Patient reported increased energy, endurance, and overall improvement in wellbeing and functional status. Eight months after starting the protocol, growth normalization of the lesions began to occur. The 8-20-2012 follow up MRI showed "No Change", as compared to the normal progression that one would expect with MCS:

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #1

CONTINUED...

IMPRESSION:
Overall unchanged appearance of extensive hepatic metastatic disease and extensive mesenteric and omental carcinomatosis.

I have personally reviewed the images for this examination and agree

Printed by: [redacted]
Printed on: 8/20/2012 15:53

Page 2 of 3
(Continued)

Eighteen months later (2/14/14), a CT indicated some of the lesions were calcified and necrotic. The reporting physician attributed this to “treatment effects”. However, the only treatment since September of 2011 was the catalyst. There was no chemo between these scans.

During a follow up visit, the patient reported that the doctors were “really surprised” that she was still alive and that the tumors were “somehow stable”. The oncologist instructed the patient to continue with the catalyst “because it was working”. Because the patient presented with significantly improved constitutional health, including the resolution of anemia and cachexia, they determined that the incorporation of chemotherapy was justified, having previously recommended hospice.

The new tissue was very responsive and did not coincide with an MCS response profile. Additional biopsies revealed changes in the nature of the tissue that were “unexplainable”.

**Current status**

Five additional years have passed and January 2020 will mark eight years in total since beginning treatment.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #1

CONTINUED...

**Discussion**

Although this patient clearly defied the survival-statistics cited by her oncologist, several points require emphasis:

This patients success was achieved using an early version of the catalyst. Over 1500 cases reside in our database. Notwithstanding, our understanding of the imperfections of the “original molecule” remained limited until the 2019 breakthrough that provided us a new basis for comparison. In July of 2019, a synthesis enhancement facilitated linear arrangements of the molecule that vastly improved the shape, size, and reactivity of the molecule. This single development has yielded a one order of magnitude improvement in the overall mechanism of the catalyst. These considerations should be taken into account when comparing historical and current data.

Additionally, there was no integration with the oncologist. The effects of the chemo could have been potentiated in a manner that required less chemo. Strategically controlled dosing was not implemented. Moreover, the patient was non-compliant in communication and reporting, and did not recognize the need to incorporate proper dosing of the catalyst through year two, nor the necessity for follow up through year three, especially with such an advanced case.

Despite these limitations, this case illustrates the survival benefits realized through the hybrid integration.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #2

## Catalyst/ Chemo integration:: Plasma Cell Leukemia

### Introduction

Plasma Cell Leukemia (PCL) is a rare and aggressive form of leukemia with a poor prognosis, primarily due to its very aggressive nature involving the formation of tumors outside the bone marrow in the soft tissues and organs of the body, lytic bone lesions, destruction of red blood cells, and bone marrow failure.

### History

A 58-year-old male presented for treatment, diagnosed with Stage IV PCL. In January of 2017, the patient experienced extensive complications, went into kidney failure, and nearly died during a thirteen day hospital stay. At that time he was considered by his oncologist as end stage, and terminal. His oncologist stated that his expectations for long-term success with conventional therapies were low since PCL is characterized by rapidly fatal outcomes usually leading to death within the first few months of diagnosis, when complications such as those experienced by this patient were present. Even without complications, median overall survival (OS) for PCL is 7 months. There is no known effective treatment for PCL. Prior to receiving the catalyst, the patient presented with significant IgA deficiency at 53.0 mg/dL.

### Metrics

Its been over three years since beginning treatment. Over the past year, IgA has consistently ranged from 120mg/dL to 145mg/dL. The patient has seen improvements and/or stability with complete blood count, metabolic function, blood pressure, oxygen saturation, lambda and kappa light chains, and IGG.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #2

CONTINUED...

More surprisingly, the patient has not experienced tumor growth in the soft tissues, organs, or bones, as generally observed with PCL. The oncologist has "no explanation" and describes the patient as an "outlier". The progressive destruction of red blood cells and bone marrow failure typical of PCL, has not occurred.

The medical staff at the Cancer Institute has referred to the case as being "without precedent", stating that they have not seen any other PCL patient responding to treatment in this manner.

What the oncologist here describes as an "anomaly" is simply commonplace when the hybrid model is employed.

The patient is currently in good health, lives a normal productive life, and works full time.

**Discussion**

Due to high levels of plasma cells circulating in the peripheral blood, PCL is generally associated with highly aggressive metastasis and widespread tumor formation. This case offers an instructive basis for understanding the effects of the catalyst on terminating metastatic potential.  In addition, frequent and early relapses are hallmarks of the treatment challenges in PCL. The fact that the patients treatment trajectory does not include any relapse whatsoever in likewise impressive.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #3

## Catalyst Only/ No Chemo: Metastatic Adenocarcinoma/Lung

### Introduction

Although we have seen a marginal improvement in the effectiveness of post-surgical chemo survival rates for lung cancer patients, considerable pessimism persist among those asserting the view that a 5-year survival rate of 19-22% may not warrant its use given the side effects attendant thereto. We do not agree with that assertion. Nevertheless, this case illustrates the use of the catalyst without the integration of chemo-radio therapy.

### History

A 72-year-old female was diagnosed with stage 3 lung cancer in 2015. In July of 2015 a right lung resection was performed. The patient refused post-operative chemotherapy and radiation at that time. The patient experienced a recurrence in January of 2018 with an FDG uptake of 6. These finding were compatible with recurrence of neoplastic disease. The FDG uptake increased to 8 by May of 2018 and a new PET scan showed isotope positive precarinal lymphadenopathy and some positive pleural thickening. This PET scan also revealed metastatic disease involving the right lobe of the liver and right kidney, necessitating a reclassification to stage IV-lung cancer. Given the poor prognosis, the patient again refused conventional treatments. In June of 2018 the patient presented for treatment and 2cc of the catalyst was administered, and continued monthly. By September of 2018 a new CT stated that the renal lesions were stable and that the tissue surrounding the surgical bed in the right perihilar region had diminished.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #3

CONTINUED...

In January of 2019, a new CT showed that the patient was stable with "No interval change from the prior study, with no progression of the disease." In April of 2019 another CT stated that the kidney lesions were stable. They were now referring to the tissue as "cystic", which is consistent with changes anticipated in tissue status as described above. The prior liver lesions were unremarkable at this stage. And the summary impression was stated as: "NO EVIDENCE OF RECURRENCE".

On February 6th, 2020, a new CT reported that there was no lung or liver lesions, with only cysts remaining on the kidneys bilaterally. Summary impressions stated:

**"NO ACCUTE FINDINGS, NO EVIDENCE OF RECURRENT OR METASTATIC NEOPLASM".**

**Discussion**

The 2019/2020 CT's both stated that there was "no evidence of recurrence". However, the 2018 PET had already identified recurrence. This statement implies that the radiologist was attributing "non-recurrence" to a treatment response. This would be the normal assumption if a patient with recurrence underwent chemo and experienced a complete response to treatment. However, the patient refused treatment, as reported. The only treatment she has received was the catalyst.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #4

## Catalyst Only/ No Chemo: High-Grade B Cell lymphoma (HGBL)

### Introduction

HGBL is a recently introduced category of aggressive, mature B cell lymphomas which is clinically and biologically distinct from diffuse large B cell lymphoma (DLBCL). Clinically, patients with HGBL present with a high international prognostic index.

### History

The patient is a 54-year-old female who presented with swelling and bleeding of vagina/urethra in July of 2019. She was suspected for prolapse or Bartholin's cyst. However, by September 2019 the mass had more than doubled in size, and upon physical examination a hard 5x5 cm right sided urethral mass was identified. A biopsy was performed, showing aggressive B cell lymphoma with MYC and BCL2 rearrangement based on cytogenetics, and FISH analysis.

On 9/21/19 a MRI revealed a 1.1x1.0 cm lesion along the right inferior bladder wall, and a large mass centered along the course of the urethra measuring 5.2 x 3.6 x 3.5 cm demonstrating T1 isointense and T2 mildly hyperintense signal, enhancement, and restricted diffusion. An urgent pre-treatment evaluation was initiated with PET/CT on 10/11/19, which showed the urethral mass with SUV max of 50.1, the bladder lesion SUV max of 29.9, and retroperitoneal lymph nodes with SUV max up to 3.0. An intensive regimen of chemoimmunotherapy was recommended, which the patient refused.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #4

CONTINUED...

Patient presented for treatment on 10/12/19 and received 1cc of the catalyst. Within 3 days patient reported typical flu like response with fever, chills, and general malaise. Vaginal discharge increased significantly at this time and on 10/21/19, during her follow up with the oncologist, the patient reported that the size of her urethral mass had decreased and that normal flow had resumed. Once again, the need for chemoimmunotherapy was emphasized, and again, the patient declined. The patient continued to improve with cessation of blood in urine, frequent urination, and pain. Vaginal discharge stopped by the middle of November.

On 1/22/20, a new PET/CT was performed- Comparison: (10/11/19 PET/CT):

| Variable | 10/11/19 | 1/22/20 |
|---|---|---|
| Blood Pool SUV | 2..5 | 2..1 |
| Liver SUV | 3.2 | 2.8 |
| Spleen SUV | 2.7 | 2.2 |
| Urethral Mass SUV | 50.1 | 3.3 |
| Urethral Mass Size | 5.2 x 4.7 cm | 4.6 x 3.8 cm |

On 3/5/20, a new MRI was performed demonstrating continued decrease of size in the urethral mass, now measuring 2.5 x 2.7 x 2.8 cm:

BLADDER: Resolved lesion along the right inferior bladder wall.
URETHRA: Interval decrease in size of the large mass centered along the course of urethra measuring 2.5 x 2.7 x 2.8 cm,

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #4

CONTINUED...

On 8-8-20, a new MRI was performed and interpreted as follows:

*"On this examination, there is no longer a discretely measurable mass. There is some circumferential periurethral thickening spanning about 1.5 cm. On the most recent comparison MRI 3/5/2020, the mass measured about 2.8 cm. On the original 9/20/2019 examination, the mass measured about 5.2 cm.*

*The bladder lesion seen on the 9/20/2019 examination continues to be resolved."*

The following week, two needle core urethral tissue biopsy specimens were received and submitted for assessment. The new pathological diagnosis was stated as:

*"Two Cores of benign fibrous connective tissue and a detached fragment of benign urothelium."*

## Discussion

To the best of our knowledge, this is the first reported remssion of HGBL-DH using a nontoxic metabolic therapy.

| | | | |
|---|---|---|---|
| **Urethral Mass SUV** | 50.1 | 3.3 | No longer visualized |
| **Urethral Mass Size** | 5.2 x 4.7 cm | 4.6 x 3.8 cm | No longer visualized |
| **Bladder Lesion SUV** | 29.9 | No longer visualized | No longer visualized |
| **Subcarinal Lymph Nodes SUV** | 2.7 | 2.1 | No longer visualized |
| **Periaortic Lymph Nodes SUV** | 3.0 | 0 | No longer visualized |
| **Aortocaval Lymph Node SUV** | 3.0 | 0 | No longer visualized |
| **Inguinal lymph Nodes SUV** | 2 | 1.3 | No longer visualized |

This table summarizes the the remedial outcome over the coarse of treatment



Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #4

CONTINUED...

These data suggest that: (1) The Catalyst alters tumor metabolism and contributes to the mechanisms of tumor regression and growth inhibition; (2) improves health related quality of life after treatment; and (3) may demonstrate an effective, alternative “nontoxic treatment option for those refusing conventional treatment with patients presenting with High-grade B-cell lymphomas (HGBLs) with MYC and BCL2 rearrangements.

Various comments made by the radiologist and oncologist throughout the coarse of treatment illustrate the impressive capabilities of the Catalyst without any conventional treatments.

**Recorded consult with the patient’s primary physician**

*“I spoke with the oncologist late last night, and we were a bit confused. As far as we understand, she is not taking any type of chemotherapeutic regimen. Is that correct?” Do you happen to know what she has been doing...because it looks like her lesions are smaller and less hypermetobolic. I am not sure how to help you with this because it is a very unusual case."*

***Oncologist in August of 2020.***

*"Our team would be very interested in performing a follow-up biopsy to determine what changes occurred in the tissue, and why. We can not account for your status as the tissue seems to have spontaneously shifted to a benign behavior."*

These are typical responses by oncologists/radiologists that are unwilling to take an interest in the patients non-conventional protocol. If the jurisdiction is friendly to integrative oncology, with or without conventional treatments, it would be advantageous to educate the oncology team. This will maximize the possibility for cooperation and effectiveness, in the event that certain aspects of conventional support are required.

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #4

CONTINUED...

## Pre Treatment: 18F-FDG PET/CT results



10/11/19: PET/CT: Bladder lesion SUV max of 29.9







10/11/19: PET/CT: urethral mass
SUV max of 50.1

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #4

CONTINUED...

## Post Treatment: 18F-FDG PET/CT results



8/8/20: PET/CT: Bladder lesion=resovled







8/8/19: PET/CT: urethral mass=resolved

Copyright © 2020 Mitolytix. All rights reserved

# CASE STUDY #5

## Catalyst Only/ No Chemo: Malignant Melanoma of the Scalp

The patient is a 74-year-old male who presented with malignant melanoma of the scalp. The patient presented for treatment on 6-20-20. Surgery was recommended and the patient declined. The patient used 3 sprays daily of the catalyst for four months. The coarse of treatment is thus illustrated:



6-20-20



7-1-20



7-15-20



8-2-20

# CASE STUDY #5

Cont…













Point of humor: The patient is Dr. Smith's uncle. Upon conclusion of treatment Dr. Smith sent this text: *"Looking good for an old man."* His uncle replied: *"Thanks. I take no meds, I smoke cigars and drink quality alcohol and the #1 thing I do is thank God each day."*

# CLINICAL

## Response to Treatment

There are no known direct side effects to the catalyst. However, systemic and local responses are desirable, and should be anticipated. Responses are cyclical and occur in increments of three (3). Thus, a 3, 12, 24, 36, 72, 84, 96, or 108 hour response interval is observed. Weekly response intervals also apply; 3, 6, 9, 12, or later multiples of 12 weeks. Response duration: 3 hours or multiple of 3 hours.

Local (tumor) recovery reactions could include:

- Increased fluid at lesion
- Swelling
- Hyper aesthesia
- Hyper-reflexia (tightness in the tumor)
- More or less pain
- Local heat
- Increased blood flow (constructive blood)
- Sequential (response migrates from tumor to tumor. Response is not concurrent)
- After periods of increased swelling and hyper-reflexia, the tumor becomes softer, more elastic, pliable, and spongy.

Systemic recovery reactions could include:

- Fever
- Nausea
- Diarrhea
- Chills
- Mucous production
- Body aches
- Headaches

Copyright © 2020 Mitolytix. All rights reserved

# JUSTIFICATIONS

## Dilution Factors

The philosophy of pharmacology includes the use of large molecular weight compounds, in relatively high concentrations, with the goal of achieving optimization between efficacy and toxicity.

Conversely, the goal of the Catalyst is a physiological approach with goals aimed at remediation at the level of causation. Some will argue that high dilution, small molecular weight compounds are without merit. However, because the process is physiological (not pharmacological), the objective is to ascertain which physiological ranges of concentration generate the best results, as measured clinically. A logical premise supporting this assertion could include the following:

- Effects of the Catalyst are demonstrated via PCR analysis measured in vitro.
- Effect of the Catalyst are measurable via hydroperoxide spectrophotometric readings in vivo.
- Effects of the Catalyst are measurable on the basis of pre/post clinical metrics.

A dilution of one part of the Catalyst to a trillion parts of water (12x) carries billions of molecules in each cubic centimeter of solution. Only a single molecule is required to initiate a catalytic response capable of geometric progression. The Catalyst is therefore not a classic homeopathic, which lacks the capacity to generate therapeutic concentrations via catalytic conversion of toxic substrate.

There are several physiological examples that support this claim. For instance, B12 achieves its physiological actions at concentrations of 1 part to a billion. Echinochrome A (Echi-A) is active in inducing motion in sea urchin eggs in dilutions of 1:2x10/9. Functional groups such as hydroxyl, sulfhydryl, carbonyl, carboxyl, amino, and phosphate groups all provide examples of catalytic action within the physiology. Heparin is active in coagulating blood at dilutions so small that it cannot be detected. Acetyl choline is able to restore intestinal contractions at 1: 10/9.

Cellular physiology provides endless examples of external substrates being catalyzed into precursors through the action of the metabolic machinery, and the precursors being catalyzed by the gene expression machinery. The Catalyst is best appreciated when one understands cellular physiology as a catalytic framework applied to therapeutic action.(**51,52**)

Copyright © 2020 Mitolytix. All rights reserved

# REFERENCES


| | |
|---|---|
| 1. | Storz P., et al. Reactive oxygen species in tumor progression. Front Biosci. 2005;10:1881–96. |
| 2 | Ralph S., et al. The causes of cancer revisited: "mitochondrial malignancy" and ROS-induced oncogenic transformation - why mitochondria are targets for cancer therapy. Mol Aspects Med. 2010 Apr;31(2):145-70. |
| 3 | Sies H., et al .Hydrogen peroxide as a central redox signaling molecule in physiological oxidative stress: Oxidative eustress. Redox Biol. 2017 Apr; 11: 613–619. |
| 4 | Lasaro M., et al. Dual role of hydrogen peroxide in cancer: Possible relevance ot cancer chemoprevention and therapy. Cancer Letters 252 (2007) 1-8. |
| 5. | Sharma L., et al. Mitochondrial Respiratory Complex I: Structure, Function and Implication in Human Diseases. Curr Med Chem. 2009; 16(10): 1266–1277. |
| 6. | Toninello A., et al. Amine oxidases in apoptosis and cancer. (BBA) - Reviews on Cancer Volume 1765, Issue 1, January 2006, Pages 1-13 |


Copyright © 2020 Mitolytix. All rights reserved

| | |
|---|---|
| 7. | Neumann H., et al. Aromatic Amines in Experimental Cancer Research: Tissue-Specific Effects, an Old Problem and New Solutions. Critical reviews in toxicology. Volume 37, 2007 - Issue 3 Pages 211-236 \| Published online: 10 Oct 2008 |
| 8. | Nagaraju G., et al. Hypoxia inducible factor-1α: Its role in colorectal carcinogenesis and metastasis. Cancer Letters Volume 366, Issue 1, 28 September 2015, Pages 11-18 |
| 9. | Oppermann U., et al. Carbonyl Reductases: The Complex Relationships of Mammalian Carbonyl- and Quinone-Reducing Enzymes and Their Role in Physiology. Annual Review of Pharmacology and Toxicology Vol. 47:293-322 (Volume publication date 10 February 2007) |
| 10. | Rouault T., et al. Regulation of Iron Metabolism in Eukaryotes. Current Topics in Cellular Regulation Volume 35, 1997, Pages 1-19 |
| 11. | Chinopoulos ., et al. Measurement of ADP–ATP Exchange in Relation to Mitochondrial Transmembrane Potential and Oxygen Consumption. Methods in Enzymology Volume 542, 2014, Pages 333-348 |
| 12. | Gao C., et al. Cancer Stem Cells in Small Cell Lung Cancer Cell Line H446: Higher Dependency on Oxidative Phosphorylation and Mitochondrial Substrate-Level |
| 13. | Koukourakis, M., et al. Lactate dehydrogenase-5 (LDH-5) overexpression in non-small-cell lung cancer tissues is linked to tumour hypoxia, angiogenic factor production and poor prognosis. Br J Cancer 89, 877–885 (2003). |
| 14. | Mamelak, A.J., et al. Downregulation of NDUFA1 and other oxidative phosphorylation-related genes is a consistent feature of basal cell carcinoma. Experimental Dermatology, 14: 336-348. doi:10.1111/j.0906-6705.2005.00278.x |


Copyright © 2020 Mitolytix. All rights reserved

| | |
|---|---|
| 15. | Vaughn, A. et al. Glucose metabolism inhibits apoptosis in neurons and cancer cells by redox inactivation of cytochrome c. Nat Cell Biol 10, 1477–1483 (2008). |
| 16. | Samavati L. et al. Tumor Necrosis Factor α Inhibits Oxidative Phosphorylation through Tyrosine Phosphorylation at Subunit I of Cytochrome c Oxidase. JBC June 5, 2008doi: 10.1074/jbc.M801954200. |
| 17. | Rovere D., et al. Hemoglobin oxidative stress in cancer. Anticancer Res. 1995;15(5B):2089-2095. |
| 18. | Hao, Chen et al. 'A Research on Rheological Properties of Erythrocyte of Lung Cancer Patients'. 1 Jan. 1996 : 135 – 141. |
| 19. | Kolanjiappan K., et al. Measurement of erythrocyte lipids, lipid peroxidation, antioxidants and osmotic fragility in cervical cancer patients. Clinica Chimica Acta Volume 326, Issues 1–2, December 2002, Pages 143-149 |
| 20. | Schoffelen, P.F.M., Plasqui, G. Classical experiments in whole-body metabolism: open-circuit respirometry—diluted flow chamber, hood, or facemask systems. Eur J Appl Physiol 118, 33–49 (2018). |
| 21. | Jeppesen T. Oxidative capacity correlates with muscle mutation load in mitochondrial myopathy. ANA 25 June 2003 |
| 22. | Evans WJ. Physical function in men and women with cancer. Effects of anemia and conditioning. Oncology (Williston Park, N.Y.). 2002 Sep;16(9 Suppl 10):109-115. |


Copyright © 2020 Mitolytix. All rights reserved

| | |
|---|---|
| 23. | Al-Majid, S., Wilson, L. D., Rakovski, C., & Coburn, J. W. (2015). Effects of Exercise on Biobehavioral Outcomes of Fatigue During Cancer Treatment: Results of a Feasibility Study. Biological Research For Nursing, 17(1), 40–48. |
| 24. | Armeliet P. et al. VEGF as a Key Mediator of Angiogenesis in Cancer. Oncology 2005;69(suppl 3):4-10. doi: 10.1159/000088478 |
| 25 | Giatromanolaki A., et al. Lactate dehydrogenase 5 (LDH-5) expression in endometrial cancer relates to the activated VEGF/VEGFR2(KDR) pathway and prognosis. Gynecologic Oncology Volume 103, Issue 3, December 2006, Pages 912-918 |
| 26. | Malaguarnera M. et al. Elevated chromogranin A (CgA) serum levels in the patients with advanced pancreatic cancer. Archives of Gerontology and Geriatrics Volume 48, Issue 2, March–April 2009, Pages 213-217 |
| 27. | Mahmoud R.,The role of C-reactive protein as a prognostic indicator in advanced cancer. Curr Oncol Rep 4, 250–255 (2002). https://doi.org/10.1007/s11912-002-0023-1 |
| 28. | Johansson, J. et al. Erythrocyte sedimentation rate as a tumor marker in human prostatic cancer. An analysis of prognostic factors in 300 population-based consecutive cases. Cancer, 70: 1556-1563. doi:10.1002/1097-0142(19920915)70:6<1556::AID-CNCR2820700619>3.0.CO;2-I |
| 29. | Ceran, M.U., Tasdemir, U., Colak, E. et al. Can complete blood count inflammatory parameters in epithelial ovarian cancer contribute to prognosis? - a survival analysis. J Ovarian Res 12, 16 (2019). https://doi.org/10.1186/s13048-019-0491-7 |


Copyright © 2020 Mitolytix. All rights reserved

| | |
|---|---|
| 23. | Al-Majid, S., Wilson, L. D., Rakovski, C., & Coburn, J. W. (2015). Effects of Exercise on Biobehavioral Outcomes of Fatigue During Cancer Treatment: Results of a Feasibility Study. Biological Research For Nursing, 17(1), 40–48. |
| 24. | Armeliet P. et al. VEGF as a Key Mediator of Angiogenesis in Cancer. Oncology 2005;69(suppl 3):4-10. doi: 10.1159/000088478 |
| 25 | Giatromanolaki A., et al. Lactate dehydrogenase 5 (LDH-5) expression in endometrial cancer relates to the activated VEGF/VEGFR2(KDR) pathway and prognosis. Gynecologic Oncology Volume 103, Issue 3, December 2006, Pages 912-918 |
| 26. | Malaguarnera M. et al. Elevated chromogranin A (CgA) serum levels in the patients with advanced pancreatic cancer. Archives of Gerontology and Geriatrics Volume 48, Issue 2, March–April 2009, Pages 213-217 |
| 27. | Mahmoud R.,The role of C-reactive protein as a prognostic indicator in advanced cancer. Curr Oncol Rep 4, 250–255 (2002). https://doi.org/10.1007/s11912-002-0023-1 |
| 28. | Johansson, J. et al. Erythrocyte sedimentation rate as a tumor marker in human prostatic cancer. An analysis of prognostic factors in 300 population-based consecutive cases. Cancer, 70: 1556-1563. doi:10.1002/1097-0142(19920915)70:6<1556::AID-CNCR2820700619>3.0.CO;2-I |
| 29. | Ceran, M.U., Tasdemir, U., Colak, E. et al. Can complete blood count inflammatory parameters in epithelial ovarian cancer contribute to prognosis? - a survival analysis. J Ovarian Res 12, 16 (2019). https://doi.org/10.1186/s13048-019-0491-7 |


Copyright © 2020 Mitolytix. All rights reserved

| | |
|---|---|
| 30. | Zhou, Xin et al. 'The Hematologic Markers as Prognostic Factors in Patients with Resectable Gastric Cancer'. 1 Jan. 2016 : 359 – 367. |
| 31. | Li Z. et al. Prognostic values of preoperative platelet-to-lymphocyte ratio, albumin and hemoglobin in patients with non-metastatic colon cancer. Cancer Manag Res. 2019;11:3265-3274. Published 2019 Apr 16. doi:10.2147/CMAR.S191432 |
| 32. | Azab, B. et al. The value of the pretreatment albumin/globulin ratio in predicting the long-term survival in colorectal cancer. Int J Colorectal Dis 28, 1629–1636 (2013). https://doi.org/10.1007/s00384-013-1748-z |
| 33. | Rhee, S. Redox signaling: hydrogen peroxide as intracellular messenger. Exp Mol Med 31, 53–59 (1999). |
| 34. | Lennicke, C., et al. Hydrogen peroxide – production, fate and role in redox signaling of tumor cells. Cell Commun Signal 13, 39 (2015). |
| 35. | Elizabeth A., et al. Hydrogen Peroxide Sensing and Signaling. Volume 26, Issue 1, 13 April 2007, Pages 1-14 |
| 36. | Kanaoka Y., et al. Analysis of Reactive Oxygen Metabolites (ROMs) after Cardiovascular Surgery as a Marker of Oxidative Stress. Acta Med. Okayama, 2010 Vol. 64, No. 5, pp. 323ゝ330 |
| 37. | Tamura M., et al. Chest CT and Serum Vascular Endothelial Growth Factor-C Level To Diagnose Lymph Node Metastasis in Patients With Primary Non-small Cell Lung Cancer. Volume 126, Issue 2, August 2004, Pages 342-346 |


Copyright © 2020 Mitolytix. All rights reserved

| | |
|---|---|
| 38. | Minagawa, Y. et al. Assessment of tumor hypoxia by $^{62}$Cu-ATSM PET/CT as a predictor of response in head and neck cancer: a pilot study. Ann Nucl Med 25, 339–345 (2011). https://doi.org/10.1007/s12149-011-0471-5 |
| 39. | Aniek J., et al Predicting tumor hypoxia in non-small cell lung cancer by combining CT, FDG PET and dynamic contrast-enhanced CT, Acta Oncologica, 56:11, 1591-1596, DOI: 10.1080/0284186X.2017.1349332 |
| 40 | Darpolor, M., et al. In vivo MRSI of hyperpolarized [1-$^{13}$C]pyruvate metabolism in rat hepatocellular carcinoma. NMR Biomed., 24: 506-513. doi:10.1002/nbm.1616 |
| 41 | Mark A, et al. Hyperpolarized 13C Lactate, Pyruvate, and Alanine: Noninvasive Biomarkers for Prostate Cancer Detection and Grading Cancer Res October 15 2008 (68) (20) 8607-8615; DOI: 10.1158/0008-5472.CAN-08-0749 |
| 42. | Yang, W. et al. Redox Regulation of Cancer Metastasis. Drug Dev. Res., 75: 331-341. doi:10.1002/ddr.21216 |
| 43. | Hultqvist P., et al. The protective role of ROS in autoimmune disease. Volume 30, Issue 5, May 2009, Pages 201-208 |
| 44. | Citation: Zhang H, et al. (2014) ROS-Mediated Autophagy Induced by Dysregulation of Lipid Metabolism Plays a Protective Role in Colorectal Cancer Cells Treated with Gambogic Acid. PLoS ONE 9(5): e96418. https://doi.org/10.1371/journal.pone.0096418 |
| 45. | Subramani, R., et al. Nimbolide inhibits pancreatic cancer growth and metastasis through ROS-mediated apoptosis and inhibition of epithelial-to-mesenchymal transition. Sci Rep 6, 19819 (2016). https://doi.org/10.1038/srep19819 |


Copyright © 2020 Mitolytix. All rights reserved

| | |
|---|---|
| 46. | Jackaman c., et al. Deliberately provoking local inflammation drives tumors to become their own protective vaccine site, International Immunology, Volume 20, Issue 11, November 2008, Pages 1467–1479. |
| 47. | Lorusso G., et al. The tumor microenvironment and its contribution to tumor evolution toward metastasis. Histochem Cell Biol (2008) 130:1091–1103 DOI 10.1007/s00418-008-0530- |
| 48. | Livney Y., et al. Rationally designed nanovehicles to overcome cancer hemoresistance. Advanced Drug Delivery Reviews Volume 65, Issues 13–14, 30 November 2013, Pages 1716-1730 |
| 49. | Nomura, P., et al. Microenvironment mediated alterations to metabolic pathways confer increased chemo-resistance in CD133+ tumor initiating cells. Biochimica et Biophysica Acta (BBA) – Bioenergetics Volume 1858, Issue 8, August 2017, Pages 686-699 |
| 50. | Gupta G., et al. Cancer Metastasis: Building a Framework CellVolume 127, Issue 417 November 2006Pages 679-695 |
| 51 | Perelman, A. (2015), Reflections on Cellular Physiology as a Catalytic Framework for Medicine. J. Cell. Physiol., 230: 2596-2597. doi:10.1002/jcp.25007 |
| 52. | Masaki N., et al. An Analytical Framework for Studying Small-Number Effects in Catalytic Reaction Networks: A Probability Generating Function Approach to Chemical Master Equations. Frontiers in Physiology, Volume 7, 2016, PAGES=89, |


Copyright © 2020 Mitolytix. All rights reserved